# State of West Virginia Uniform Traffic Crash Report
## Crash Data

DOH Form: 17-c
Revised: 02/2007

**Crash Record Number:** [blank]
**Reporting Agency's Record Number:** 2019-00030673
**Page** 1 **of** 16

**# of Vehicles Involved:** 3
**# of Non-Motorists Involved:** 0
**# of Fatal Injuries:** 0
**# of A B or C Injuries:** 3

**Date / Time of Crash:** 08/09/2019 / 0745
**Date / Time Crash Reported:** 08/09/2019 / 0746
**Time of Arrival:** 0806

**County:** KANAWHA
**Municipality or Place of Crash:** SISSONVILLE
**GPS Coordinates:** [blank] Latitude [blank] Longitude

**Highway Class:**
- ○ Interstate ○ US ○ WV
- ● County/HARP ○ City Street ○ State Park / Forest Road
- ○ Private Road ○ Private Property/Off-Roadway ○ Other

**Supplemental Designation:**
- ● Not Applicable ○ Spur ○ North ○ East ○ Truck Route ○ Other
- ○ Alternate ○ Ramp ○ South ○ West ○ Toll

**Route:** 021 / 00
**Milepost:** [blank]
**Ramp:** [blank]
**Street:** SISSONVILLE DRIVE
**Other Description of Location:** BOX 7014
**Intersecting Street:** [blank]

**Relation to Junction / Junction Type:**
- ● Non-Junction
- ○ Junction, Non-Interchange Area
  - ○ Intersection
  - ○ Intersection-Related
  - ○ Interstate to Interstate
  - ○ Railroad Grade Crossing #: [blank]
  - ○ Median Crossover-Related
  - ○ Business or Residential Driveway/Alley Access
  - ○ Other Non-Interchange
- ○ Junction, Interchange Area
  - ○ Thru Roadway
  - ○ Merge/Diverge Area
  - ○ Intersection
  - ○ Intersection-Related
  - ○ Entrance / Exit Ramp
  - ○ Other Part of Interchange

**Intersection Type:**
- ○ 4-Way Intersection
- ○ T Intersection
- ○ Y Intersection
- ○ Intersection as Part of Interchange
- ○ Traffic Circle / Roundabout
- ○ 5-Point or More

**Manner of Collision:**
- ○ Single Vehicle Crash
- ○ Rear End
- ● Head-On
- ○ Sideswipe, Same Direction
- ○ Sideswipe, Opposite Direction
- ○ Rear-to-Side
- ○ Rear-to-Rear
- ○ Angle (Front to Side) Same Direction
- ○ Angle (Front to Side) Opp. Direction
- ○ Right Angle
- ○ Angle - Direction Not Specified

**Environmental Contributing Circumstances (Select Up to 3):**
- ☒ None
- ○ Weather Conditions
- ○ Physical Obstruction(s)
- ○ Glare
- ○ Animal(s) in Roadway Type: [blank]
- ○ Other: [blank]

**Weather (Select Up to 2):**
- ○ Clear ○ Rain ○ Blowing Snow ○ Other
- ● Cloudy ○ Sleet, Hail, or Freezing Rain ○ Severe Crosswinds
- ○ Fog, Smog, Smoke ○ Snow ○ Blowing Sand, Soil, Dirt

**Lighting:**
- ● Daylight ○ Dawn
- ○ Dark - Lighted ○ Dusk
- ○ Dark - Not Lighted ○ Other [blank]

**Roadway Surface Condition:**
- ● Dry ○ Slush ○ Mud, Dirt, Gravel, Sand
- ○ Wet ○ Ice / Frost
- ○ Snow ○ Water (Standing / Moving)

**Location of First Harmful Event:**
- ● On Roadway ○ Roadside ○ In Parking Lane or Zone ○ Outside of Right-of-Way
- ○ Shoulder ○ Gore ○ Off Roadway, Location Unknown
- ○ Median ○ Separator ○ Unknown

**Roadway Surface Type:** ● Asphalt ○ Concrete ○ Gravel ○ Dirt ○ Brick ○ Other: [blank]

**First Harmful Event:**
- ○ Overturn / Rollover
- ○ Fire / Explosion
- ○ Immersion
- ○ Jackknife
- ○ Cargo / Equipment Loss or Shift
- ○ Fell / Jumped from Motor Veh
- ○ Thrown or Falling Object
- ○ Other Non-Collision

**COLLISION WITH:**
- ○ Pedestrian
- ○ Pedalcycle
- ○ Railway Vehicle
- ○ Animal
- ● Motor Vehicle in Transport
- ○ Parked Motor Vehicle
- ○ Work Zone / Maintenance Equip
- ○ Other Non-Fixed Object
- ○ Impact Attenuator / Crash Cushion
- ○ Bridge Overhead Structure
- ○ Bridge Pier or Support
- ○ Bridge Rail
- ○ Culvert
- ○ Curb
- ○ Ditch
- ○ Embankment
- ○ Guardrail Face
- ○ Guardrail End
- ○ Cable Median Barrier
- ○ Concrete Traffic Barrier
- ○ Other Traffic Barrier
- ○ Tree (Standing)
- ○ Utility Pole/Light Support
- ○ Traffic Sign Support
- ○ Traffic Signal Support
- ○ Other Post, Pole, or Support
- ○ Fence
- ○ Mailbox
- ○ Other Fixed Object



EXHIBIT 1



COPY

*Crash Record Number* [ ]   *Reporting Agency's Record Number:* 2019-00030673   Page 2 of 16

### Road - Contributing Circumstances: (Select Up to 3)
- ☒ None
- ☐ Road Surface Condition (Wet, Icy, etc.)
- ☐ Debris
- ☐ Ruts, Holes, Bumps
- ☐ Worn, Travel Polished Surface
- ☐ Obstruction in Roadway
- ☐ Pavement Markings Not Visible

**Shoulders:** ◉ None ◎ Low ◎ Soft ◎ High

**Problem w/ Traffic Control Device:** ◎ Inoperative ◎ Missing ◎ Obscured

### Work Zone
- ☐ Utility
- ◎ Construction
- ◎ Maintenance
- ☐ Non-Highway Work
- ☐ Other [ ]

### School Bus Related:
- ● No
- ◎ Yes, School Bus Directly Involved
- ◎ Yes, School Bus Indirectly Involved

### School Zone Related:
- ● No
- ◎ Yes

### Type of School Zone Sign:
- ◎ When Present  ◎ None
- ◎ When Flashing
- ◎ Lists Specific Times

### School Zone Flashers:
- ◎ Present, Not Active
- ◎ Present, Active
- ◎ Not Present

**School Zone Speed Limit:** [ ]

### Work Zone Related:
- ● No
- ◎ Yes

### Workers Present:
- ◎ Yes
- ◎ No
- ◎ Unknown

**Work Zone Speed Limit:** [ ]

### Location of Crash in Work Zone:
- ◎ Before 1st Warning Sign
- ◎ Advance Warning Area
- ◎ Transition (Merge) Area
- ◎ Activity Area
- ◎ Termination Area

### Type of Work Zone:
- ◎ Lane Closure
- ◎ Lane Shift / Crossover
- ◎ Work on Shoulder or in Median
- ◎ Intermittent or Moving Work
- ◎ Other

### NARRATIVE: Describe What Happened. Refer to Vehicles by Number Assigned on this Form.

ON FRIDAY, AUGUST 09, 2019 AT APPROXIMATELY 07:46 A.M., I WAS DISPATCHED BY METRO COMMUNICATIONS TO 7014 SISSONVILLE DRIVE IN SISSONVILLE, KANAWHA COUNTY, IN REFERENCE TO A 3-VEHICLE CRASH WITH INJURY.

UPON MY ARRIVAL, I OBSERVED THE FOLLOWING: VEHICLE 1 RESTING IN A CREEK BED ALONG THE RIGHT SHOULDER OF THE ROADWAY (NORTH BOUND LANE); VEHICLE 2 STOPPED IN THE NORTH BOUND LANE OF TRAFFIC, APPROXIMATELY FORTY YARDS NORTH OF WHERE VEHICLE 1 AND VEHICLE 3 WERE LOCATED; AND VEHICLE 3 TO BE STOPPED IN THE NORTH BOUND LANE, WITH IT RESTING SIDEWAYS IN ITS LANE. I EXAMINED THE SCENE AND OBSERVED THE FOLLOWING: MARKINGS FROM VEHICLE 1 TRAVELING FROM NEAR THE CENTER LINE (SOUTH BOUND) IN TO THE NORTH BOUND LANE OF TRAFFIC; DEBRIS FROM VEHICLE 1 AND VEHICLE 3 LYING IN THE NORTH BOUND LANE OF TRAFFIC; TIRE MARKINGS FROM VEHICLE 2, WHICH WERE IN THE NORTH BOUND LANE JUST ABOVE THE DEBRIS LOCATION. I EXAMINED VEHICLE 1 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD TO BE DAMAGED; AND FRONT INSIDE AIRBAG DEPLOYMENT. I EXAMINED VEHICLE 2 AND OBSERVED THE FOLLOWING: THE VEHICLE ITSELF WAS NOT DAMAGED. HOWEVER, THE METAL OPEN FACE STYLE TRAILER'S REAR DRIVER SIDE WHEEL AND TRAILER AREA WAS DAMAGED. I EXAMINED VEHICLE 3 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD DAMAGE; AND INSIDE FRONT AIRBAG DEPLOYMENT. DIGITAL PHOTOGRAPHS OF THE SCENE WERE TAKEN.

VEHICLE 1 WAS TRAVELING SOUTH NEAR 7014 SISSONVILLE DRIVE. VEHICLE 1 TRAVELED LEFT OF CENTER INTO THE NORTH BOUND LANE OF TRAFFIC. VEHICLE 1'S FRONT DRIVER SIDE AREA STRUCK THE REAR DRIVER SIDE TRAILER AREA OF VEHICLE 2. THEN, VEHICLE 1 TRAVELED SOUTH IN THE NORTH BOUND LANE AND THEN ITS FRONT-END IT STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 TRAVELED OFF THE LEFT SIDE OF THE ROADWAY AND CAME TO A REST IN A CREEK BED.

DUE TO INJURIES, DRIVER 1, DRIVER 3, AND PASSENGER 1 (VEHICLE 3) WERE TRANSPORTED FROM THE SCENE TO C.A.M.C. GENERAL HOSPITAL IN CHARLESTON.

WITNESS 1, TERRI CHAPMAN [REDACTED], PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, SHE STATED THE FOLLOWING: SHE HAD BEEN TRAVELING SOUTH ON SISSONVILLE DRIVE PRIOR TO THE INCIDENT AND OBSERVED IT TO TRAVEL LEFT OF CENTER. THEN, AT THE CRASH LOCATION, SHE OBSERVED VEHICLE 1 TRAVEL LEFT OF CENTER AND STRIKE THE REAR OF VEHICLE 2'S TRAILER. THEN, VEHICLE 1 PROCEEDED TO TRAVEL SOUTH IN THE NORTH BOUND LANE. VEHICLE 1 STRUCK THE FRONT OF VEHICLE 3 AND THEN LANDED IN THE CREEK.

WITNESS 2, RYAN WHITE [REDACTED], PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, HE STATED THE FOLLOWING: AS HE WAS TRAVELING NORTH ON SISSONVILLE DRIVE, HE OBSERVED VEHICLE 1 TRAVEL ACROSS THE CENTER LINE AND STRIKE VEHICLE 2'S TRAILER. THEN, VEHICLE 1 CONTINUED SOUTH IN THE NORTH BOUND LANE AND STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 CAME TO A REST IN THE CREEK.

VEHICLE 1, VEHICLE 2'S TRAILER, AND VEHICLE 3 WERE TOWED FROM THE SCENE BY CHARLESTON AUTO. THEY WERE TOWED TO THEIR LOT IN SISSONVILLE.

I CLEARED FROM THE SCENE AND TRAVELED TO C.A.M.C. GENERAL HOSPITAL. UPON MY ARRIVAL, I OBTAINED AN AUDIO-RECORDED STATEMENT WITH DRIVER 3. ALSO, I OBTAINED AN AUDIO-RECORDED STATEMENT FROM PASSENGER 1 OF VEHICLE 3. HOWEVER, DUE TO DRIVER 1'S MEDICAL CONDITION (S.T.I.C.U. FLOOR), I WAS UNABLE TO OBTAIN A RECORDED STATEMENT.

**Reported By:** ◎ State Police  ● Sheriff's Dept  ◎ Municipal PD  ◎ Other

**Photos Taken:** ● Yes  ◎ No  **By Whom:** J. W. EARY
**Video Taped:** ◎ Yes  ● No  **By Whom:** [ ]

The information contained in this report reflects my best knowledge and judgment:

**Investigating Officer's Name:** J.L. MILLER  **Number:** 64  **Signature:** [ ]
**Phone:** (304) 357-0169  **ORI Number:** WV0200000  **Agency:** Kanawha Co SD
**Assisting Officer's Name(s):** J. W. EARY
**Reconstructed:** ◎ Yes  ● No  **By Whom:** [ ]  **Date of Submission:** 08/09/2019

# State of West Virginia Uniform Traffic Crash Report
## *Diagram*

DOH Form: 17-dgrm
Revised: 02/2007

**Crash Record Number:**

**Reporting Agency's Record Number:** 2019-00030673

Page 3 of 16

## CRASH DIAGRAM:
(Draw Crash Scene - Including Roadway Layout, Vehicles, Individuals or Objects Struck, Traffic Controls, etc.)
IMPORTANT: Number Vehicles According to the Numbers Assigned on this Form.

| From RP to: | N/S | E/W |
|---|---|---|
| | | |

# NO DIAGRAM

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form 17-veh
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number:** 01
**Reporting Agency's Record Number:** 2019-00030673
**Page** 4 **of** 16

**Vehicle Type:** ● Motor Veh in Transport ○ Parked Motor Veh / Trailer ○ Working Veh / Equipment
**Hit and Run:** ● No, Did Not Leave Scene ○ Yes, Driver Left Scene ○ Yes, Car and Driver Left Scene
**Driver Presence at Time of Crash:** ● Driver Operated Vehicle ○ Driverless Vehicle

**Owner's Name(s):** WHITE, THELMA CRYSTAL
**Address:** [redacted] **City:** KENNA **State:** WV **Zip Code:** 25248

| Make | Model | Model Year | Body Type | Color |
|---|---|---|---|---|
| TOYOTA | COROLLA | 2008 | SEDAN, 4-DOOR | WHITE |

**VIN:** [redacted]
**Plate Class:** _____
**License Plate Number:** [redacted]
**State:** WV
**Reg Year:** 2020

**Registration Status:** ● Properly Registered ○ Improperly Registered ○ No Registration Required
**Proof of Liability Insurance:** ● Yes ○ No ○ Not Req
**Ins. Co:** STATE FARM
**Policy No:** [redacted]
**Exp Date:** 11/06/2019

**Ins. Agent Name or Phone:** 304-372-9117

**Special Function of Motor Vehicle:**
● None ○ Police ○ Courtesy Patrol ○ Used as School Bus ○ Ambulance ○ Taxi ○ Used as Other Bus ○ Fire Truck ○ Military

**Used as an Emergency Vehicle:** ○ No ● Yes

**Vehicle Used as a Bus:**
○ Public School Bus ○ Private School Bus ○ Scheduled Service Bus ○ Commuter Bus ○ Shuttle Bus ○ Modified for Personal/Private Use ○ Tour Bus ○ Church Bus

**Vehicle Impact Role:** ● Striking ○ Struck ○ Single Vehicle ○ Both

**Direction of Travel Before Crash:** ○ Northbound ○ Eastbound ○ Not on Road ● Southbound ○ Westbound ○ Unknown

**Applicable Speed Limit (MPH):** 60

**Roadway Description:**
● Two-Way, Not Divided
○ Two-Way, Not Divided w/ Cent. Left Turn Lane
○ Two-Way, Divided, Unprotected Median
○ Two-Way, Divided, with Median Barrier
○ One-Way Roadway

**Total Lanes in Roadway:** 2

**Traffic Control Device Type:**
● None ○ Yield Sign ○ Person (Flagger, etc.) ○ School Zone Signs ○ Traffic Control Signal ○ Warning Signs ○ Flashing Overhead Signal ○ Railroad Crossing Device ○ Stop Sign ○ Other

**Horizontal Alignment:** ● Straight ○ Curve Right ○ Curve Left
**Vertical Alignment:** ● Level ○ Uphill ○ Sag (Bottom) ○ Hillcrest ○ Downhill

**Veh Travel Speed (MPH):** _____

**Traffic Control Functioning Properly:** ○ Yes ● No

**Underride / Override:**
● No Underride or Override
○ Underride, Compartment Intrusion
○ Underride, No Compartment Intrusion
○ Underride, Compartment Intrusion Unknown
○ Override, Motor Vehicle in Transport
○ Override, Other Motor Vehicle

**Extent of Damage:** ○ No Damage ○ Minor Damage ○ Functional Damage ● Disabling Damage

**Vehicle Maneuver / Action:**
● Essentially Straight Ahead ○ Backing ○ Changing Lanes ○ Overtaking / Passing ○ Parked ○ Turning Right ○ Turning Left ○ Making U-Turn ○ Slowing ○ Stopped in Traffic ○ Leaving Traffic Lane ○ Entering Traffic Lane ○ Negotiating a Curve ○ Other

**Crash Avoidance Maneuver:**
● None Evident or Reported
○ Braking - Skidmarks Evident
○ Braking - Driver Stated
○ Braking - Other Evidence
○ Steering - Evidence or Stated
○ Steering and Braking
○ Other

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
☒ None ☐ Tires ☐ Brakes ☐ Wheels ☐ Wipers ☐ Lights (Head, Signal, Tail, etc.) ☐ Steering ☐ Windows ☐ Power Train ☐ Truck Coupling/Trailer Hitch/Safety Chains ☐ Mirrors ☐ Suspension ☐ Other

**GVWR or GCWR:**
● Less Than or Equal To 10,000lbs
○ 10,001 - 26,000 lbs
○ More Than 26,000lbs

**Number of Axles:** 02
**Total / Max Occupants of Veh:** 01 / 05

**Displaying Hazardous Materials Placard:** ● No ○ Yes
**Occurrence of Fire:** ● No Fire ○ Yes, Vehicle Caught Fire
**Modified Vehicle:** ● No ○ Yes
**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:** ● No ○ Yes

**Manner in which Vehicle was Removed from Scene:** ○ Driven ● Towed Due to Damage ○ Towed Due to Driver Condition ○ Left at Scene
**Towed to:** CHARLESTON AUTO
**Towed by:** CHARLESTON AUTO

**Crash Record Number:** _____  **Vehicle Number:** 01  **Reporting Agency's Record Number:** 2019-00030673  **Page** 5 **of** 16

### Crash Events:

- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision

**COLLISION WITH:**
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

**Sequence of Events:** 19 | 09

**Most Harmful Event:** 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- Single Unit Vehicle — 13 Top, 14 Undercarriage
- Motorcycle — 13 Top, 14 Undercarriage
- ATV — 13 Top, 14 Undercarriage
- Pass. Veh. Towing Unit — 13 Top, 14 Undercarriage
- Bus — 13 Top, 14 Undercarriage
- Tractor Trailer — 13 Top, 14 Undercarriage

Using the Numbers from the Diagram Above, Identify the Following: **Area of Initial Impact:** ___ **Most Damaged Area:** 12

**Property Damaged Other Than Vehicles:**
- ☒ None
- Work Zone / Maintenance Equipment
- Impact Attenuator / Crash Cushion
- Bridge / Tunnel
- Culvert
- Guardrail
- Concrete Barrier
- Cable Median Barrier
- Other Traffic Barrier
- Utility Pole / Light Support #: ___
- Traffic Sign Support
- Traffic Signal Support
- Other Post, Pole or Support
- Fence
- Mailbox
- Other Fixed Object

**Damaged Property Owner(s):**
- WVDOH
- Private
- City
- Utility Company
- Other: ___

**Damaged Property Location:**
- On Pavement
- Right Side of Road
- Left Side of Road

**Number of Trailing Units:** 0

**Trailing Unit #1:** ◉ Same as Power Unit  Carrier / Owner's Name: ___
Address: ___  City ___ State ___ Zip Code ___ Phone: ___
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

**Trailing Unit #2:** ◉ Same as Power Unit  Carrier / Owner's Name: ___
Address: ___  City ___ State ___ Zip Code ___ Phone: ___
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

**Trailing Unit #3:** ◉ Same as Power Unit  Carrier / Owner's Name: ___
Address: ___  City ___ State ___ Zip Code ___ Phone: ___
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** [blank]
**Vehicle Number (from Vehicle Data Page):** 01
**Page** 6 **of** 16
**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** WHITE (Last), THELMA (First), CRYSTAL (Middle)
**Address:** ☑ Same as Veh Owner — KENNA, WV, 25248
**Home Phone:** [redacted]   **Other Phone:**

### Driving License

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: A / B / C

**Issuing State:** WV
**Lic. Number:** [redacted]
**Date of Birth:** [redacted]

**License Restrictions:** (Select All that Apply)
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other

**Endorsements:** (Select Up to 5)
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☐ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☒ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other:

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ [blank]
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ DRE
- ○ Serum
- ○ Urine
- ○ Other

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

*Crash Record Number:* [      ]   *Vehicle Number (from Vehicle Data Page)* 01   *Page* 7 *of* 16

*Reporting Agency's Record Number:* 2019-00030673

### Known or Suspected Violation(s) by Driver:

☒ **No Violations**

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☒ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☒ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☒ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

### Citation(s) Issued to Driver:

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

### STATEMENT OF DRIVER:
DUE TO DRIVER'S MEDICAL CONDITION, SHE WAS UNABLE TO SPEAK TO PROVIDE A RECORDED STATEMENT.

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form: 17-veh
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number:** 02
**Reporting Agency's Record Number:** 2019-00030673
**Page** 8 **of** 16

**Vehicle Type:** ● Motor Veh in Transport  ○ Parked Motor Veh / Trailer  ○ Working Veh / Equipment
**Hit and Run:** ● No, Did Not Leave Scene  ○ Yes, Driver Left Scene  ○ Yes, Car and Driver Left Scene
**Driver Presence at Time of Crash:** ● Driver Operated Vehicle  ○ Driverless Vehicle

**Owner's Name(s):** PISON MANAGEMENT
**Address:** [redacted] CHARLESTON, WV 25301

| Make | Model | Model Year | Body Type | Color |
|---|---|---|---|---|
| CHEVROLET | SILVERADO | 2004 | PICKUP | BLUE |

**Registration Status:** ● Properly Registered
**Proof of Liability Insurance:** ● Yes  ○ No  ○ Not Req
**Ins. Co:** ERIE
**Policy No:** Q025630178W
**Exp Date:** 02/01/2020

**VIN:** [redacted]
**Plate Class:** A
**License Plate Number:** [redacted]
**State:** WV
**Reg Year:** 2020

**Ins. Agent Name or Phone:** 3049266662

**Special Function of Motor Vehicle:** ● None
**Used as an Emergency Vehicle:** ● No
**Vehicle Used as a Bus:** (none selected)

**Vehicle Impact Role:** ● Striking  ● Struck  ○ Single Vehicle  ● Both

**Direction of Travel Before Crash:** ● Not on Road
**Applicable Speed Limit (MPH):** 60
**Roadway Description:** ● One-Way Roadway

**Total Lanes in Roadway:** 2

**Traffic Control Device Type:** ● None
**Horizontal Alignment:** ● Straight
**Vertical Alignment:** ● Level
**Veh Travel Speed (MPH):** ____

**Traffic Control Functioning Properly:** ○ Yes  ● No

**Underride / Override:** ● No Underride or Override

**Extent of Damage:** ● Disabling Damage

**Vehicle Maneuver / Action:** ● Essentially Straight Ahead
**Crash Avoidance Maneuver:** ● None Evident or Reported
**Contributing Circumstances, Motor Vehicle:** ☒ None

**GVWR or GCWR:** ● Less Than or Equal To 10,000lbs

**Number of Axles:** 02
**Total / Max Occupants of Veh:** 01 / 03

**Displaying Hazardous Materials Placard:** ● No
**Occurrence of Fire:** ● No Fire
**Modified Vehicle:** ● No
**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:** ● No
**Manner in which Vehicle was Removed from Scene:** ○ Driven  ● Towed Due to Damage

**Towed to:** CHARLESTON AUTO
**Towed by:** CHARLESTON AUTO

**Crash Record Number:** _____  **Vehicle Number:** 02  **Reporting Agency's Record Number:** 2019-00030573  **Page** 9 **of** 18

**Crash Events:**
- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision

**COLLISION WITH:**
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

**Sequence of Events:** 19

**Most Harmful Event:** 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- Single Unit Vehicle — 13 Top, 14 Undercarriage
- Motorcycle — 13 Top, 14 Undercarriage
- ATV
- Pass. Veh. Towing Unit — 13 Top, 14 Undercarriage
- Bus — 13 Top, 14 Undercarriage
- Tractor Trailer — 13 Top, 14 Undercarriage

Using the Numbers from the Diagram Above, Identify the Following:  **Area of Initial Impact:** ___  **Most Damaged Area:** ___

**Property Damaged Other Than Vehicles:**
- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole / Light Support  #: ___
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

**Damaged Property Owner(s):**
- ☒ WVDOH
- ☐ Private
- ☐ City
- ☐ Utility Company
- ☐ Other: ___

**Damaged Property Location:**
- ☐ On Pavement
- ☒ Right Side of Road
- ☐ Left Side of Road

**Number of Trailing Units:** 1

**Trailing Unit #1:** ☒ Same as Power Unit  **Carrier / Owner's Name:** SCOTT, JOHN
**Address:** ▮▮▮▮  **City:** CHARLESTON  **State:** WV  **Zip Code:** 25387  **Phone:** ▮▮▮▮

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | T | ▮▮▮ | WV | 2020 | LNW |  | 2003 | OPEN BODY |

**Trailing Unit #2:** ☐ Same as Power Unit  **Carrier / Owner's Name:** ___
**Address:** ___  **City:** ___  **State:** ___  **Zip Code:** ___  **Phone:** ___

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**Trailing Unit #3:** ☐ Same as Power Unit  **Carrier / Owner's Name:** ___
**Address:** ___  **City:** ___  **State:** ___  **Zip Code:** ___  **Phone:** ___

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** 
**Vehicle Number (from Vehicle Data Page):** 02
**Page** 10 **of** 16
**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** ELDER (Last), DEMETRIUS (First), S (Middle), (Suffix)

**Address:** ☒ Same as Veh Owner — CROSS LANES, WV, 25313

**Home Phone:** [redacted]   **Other Phone:**

### Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: A / B / C

**Issuing State:** WV
**Lic. Number:** [redacted]
**Date of Birth:** [redacted]

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other:

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ DRE
- ○ Serum
- ○ Urine
- ○ Other

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

*Crash Record Number:* [ ]   *Vehicle Number (from Vehicle Data Page)* 02   *Page* 11 *of* 16

*Reporting Agency's Record Number:* 2019-00030673

Known or Suspected Violation(s) by Driver:

☒ No Violations

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

Citation(s) Issued to Driver:

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**STATEMENT OF DRIVER:**
* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form: 17-veh
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number:** 03
**Reporting Agency's Record Number:** 2019-00030673
**Page** 12 **of** 16

**Vehicle Type:** ● Motor Veh in Transport ○ Parked Motor Veh / Trailer ○ Working Veh / Equipment
**Hit and Run:** ● No, Did Not Leave Scene ○ Yes, Driver Left Scene ○ Yes, Car and Driver Left Scene
**Driver Presence at Time of Crash:** ● Driver Operated Vehicle ○ Driverless Vehicle

**Owner's Name(s):** HUFFMAN, RICK
**Address:** [redacted] MADISON WV 26130 [redacted]

**Make:** DODGE **Model:** CALIBER **Model Year:** 2007 **Body Type:** 4H **Color:** SILVER
**Registration Status:** ● Properly Registered ○ Improperly Registered ○ No Registration Required
**Proof of Liability Insurance:** ● Yes ○ No ○ Not Req
**Ins. Co:** W.V. NATIONAL AUTO
**Policy No:** [redacted]
**Exp Date:** 10/10/2019
**Ins. Agent Name or Phone:** 304-298-0607

**VIN:** [redacted] **Plate Class:** A **License Plate Number:** [redacted] **State:** WV **Reg Year:** 2020

**Special Function of Motor Vehicle:** ● None
**Used as an Emergency Vehicle:** ○ No ○ Yes
**Vehicle Used as a Bus:** (none selected)
**Vehicle Impact Role:** ○ Striking ● Struck ○ Single Vehicle ○ Both

**Direction of Travel Before Crash:** ● Northbound
**Applicable Speed Limit (MPH):** 40
**Roadway Description:** ● Two-Way, Not Divided
**Total Lanes in Roadway:** 2
**Vehicle was Traveling Prior to Crash**

**Traffic Control Device Type:** ● None
**Horizontal Alignment:** ○ Straight ● Curve Right ○ Curve Left
**Vertical Alignment:** ● Level
**Veh Travel Speed (MPH):** _____

**Traffic Control Functioning Properly:** ○ Yes ○ No
**Underride / Override:** ● No Underride or Override
**Extent of Damage:** ● Disabling Damage

**Vehicle Maneuver / Action:** ● Essentially Straight Ahead
**Crash Avoidance Maneuver:** ● None Evident or Reported
**Contributing Circumstances, Motor Vehicle:** ☒ None
**GVWR or GCWR:** ● Less Than or Equal To 10,000 lbs
**Number of Axles:** 02
**Total / Max Occupants of Veh:** 02 / 05

**Displaying Hazardous Materials Placard:** ● No
**Occurrence of Fire:** ● No Fire
**Modified Vehicle:** ● No
**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:** ● No
**Manner in which Vehicle was Removed from Scene:** ● Towed Due to Damage
**Towed to:** CHARLESTON AUTO
**Towed by:** CHARLESTON AUTO

**Crash Record Number:** _____  **Vehicle Number:** 03  **Reporting Agency's Record Number:** 2019-00030873  **Page** 13 **of** 16

### Crash Events:
01 Overturn / Rollover
02 Fire / Explosion
03 Immersion
04 Jackknife
05 Cargo/Equipment Loss or Shift
06 Equipment Failure
07 Separation of Units
08 Ran Off Road Right
09 Ran Off Road Left
10 Cross Median / Centerline
11 Downhill Runaway
12 Fell / Jumped from Motor Vehicle
13 Thrown or Falling Object
14 Other Non-Collision
**COLLISION WITH:**
15 Pedestrian
16 Pedalcycle
17 Railroad Vehicle
18 Animal
19 Motor Vehicle in Transport
20 Parked Motor Vehicle
21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
22 Work Zone / Maintenance Equip
23 Other Non-Fixed Object
24 Impact Attenuator / Crash Cushion
25 Bridge/Overhead Structure
26 Bridge Pier or Support
27 Bridge Rail
28 Culvert
29 Curb
30 Ditch
31 Embankment
32 Guardrail Face
33 Guardrail End
34 Cable Median Barrier
35 Concrete Barrier
36 Other Traffic Barrier
37 Tree (Standing)
38 Utility Pole / Light Support
39 Traffic Sign Support
40 Traffic Signal Support
41 Other Post, Pole, or Support
42 Fence
43 Mailbox
44 Other Fixed Object

**Sequence of Events:** 19
**Most Harmful Event:** 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- ⦿ Single Unit Vehicle
- ○ Motorcycle
- ○ ATV
- ○ Pass. Veh. Towing Unit
- ○ Bus
- ○ Tractor Trailer

13 Top / 14 Undercarriage

### Property Damaged Other Than Vehicles:
☒ None
☐ Work Zone / Maintenance Equipment
☐ Impact Attenuator / Crash Cushion
☐ Bridge / Tunnel
☐ Culvert
☐ Guardrail
☐ Concrete Barrier
☐ Cable Median Barrier
☐ Other Traffic Barrier
☐ Utility Pole / Light Support #: _____
☐ Traffic Sign Support
☐ Traffic Signal Support
☐ Other Post, Pole or Support
☐ Fence
☐ Mailbox
☐ Other Fixed Object

Using the Numbers from the Diagram Above, Identify the Following:  **Area of Initial Impact:** 12  **Most Damaged Area:** 12

**Number of Trailing Units:** 0

**Trailing Unit #1:** ⦿ Same as Power Unit  Carrier / Owner's Name: _____
Address: _____ City _____ State _____ Zip Code _____ Phone: _____
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

**Trailing Unit #2:** ⦿ Same as Power Unit  Carrier / Owner's Name: _____
Address: _____ City _____ State _____ Zip Code _____ Phone: _____
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

**Trailing Unit #3:** ⦿ Same as Power Unit  Carrier / Owner's Name: _____
Address: _____ City _____ State _____ Zip Code _____ Phone: _____
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type

### Damaged Property Owner(s):
☐ WYDOH  ☐ Private
☐ City  ☐ Utility Company
☐ Other: _____

### Damaged Property Location:
○ On Pavement
⦿ Right Side of Road
○ Left Side of Road

# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** 
**Vehicle Number (from Vehicle Data Page):** 03
**Page** 14 **of** 16
**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** HUFFMAN (Last), RICK (First), L (Middle)

**Address:** ☒ Same as Veh Owner, MADISON (City), WV (State), 25130 (Zip Code)

**Home Phone:** [redacted]   **Other Phone:**

### Driving License:

**License Type:**
- ○ Not Licensed
- ○ GDL Level 1
- ○ CDL Instruction Permit
- ○ CDL Class: ○ A ○ B ○ C
- ● Driving License
- ○ GDL Level 2
- ○ Motorcycle Instruction Permit
- ○ Instruction Permit
- ○ GDL Level 3
- ○ Motorcycle Only

**Issuing State:** WV
**Lic. Number:** [redacted]
**Date of Birth:**

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Limited - Other
- ☐ Corrective Lenses
- ☐ CDL Intrastate Only
- ☐ Mechanical Devices
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Prosthetic Aid
- ☐ Military Vehicles Only
- ☐ Automatic Transmission
- ☐ Except Class A Bus
- ☐ Outside Mirror
- ☐ Except Class A and Class B Bus
- ☐ Limit to Daylight Only
- ☐ Except Tractor - Trailer
- ☐ Limit to Employment
- ☐ Farm Waiver
- ☐ Must Be Accompanied by Adult
- ☐ Other

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other:

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ DRE
- ○ Serum
- ○ Urine
- ○ Other

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Amphetamine
- ☐ Pending
- ☐ Marijuana
- ☐ PCP
- ☐ Cocaine
- ☐ Other Controlled Substance
- ☐ Opiate
- ☐ Other Drug

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

**Crash Record Number:** [    ]  **Vehicle Number (from Vehicle Data Page):** 03  **Page** 15 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

Known or Suspected Violation(s) by Driver:

☒ No Violations

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**STATEMENT OF DRIVER:**
* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.

# State of West Virginia Uniform Traffic Crash Report
## Driver and Vehicle Passenger Data

DOH Form: 17-pas
Revised: 02/2007

Crash Record Number: [ ]
Reporting Agency's Record Number: 2019-00030873
Page 16 of 16

| Indiv # | Name Last | First | Middle Init | Suffix | Veh # | Occupant Type | Social Security # | Birthdate | Age | Gender | Injury | Seating Row | Seating Seat | Other | Occupant Protection Type Used | Proper Use | App. Helmet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | WHITE | THELMA | CRYSTA | | 01 | 01 | | | | F | B | 1 | 1 | | 01 | | |
| 02 | ELDER | DEMETRIUS | 3 | | 02 | 01 | | | | M | O | 1 | 1 | | 02 | 03 | |
| 03 | HUFFMAN | RICK | L | | 03 | 01 | | | | M | B | 1 | 1 | | 01 | 03 | |
| 04 | COOPER | JAMES | 8 | | 03 | 02 | | | | M | B | 1 | 3 | | 01 | 03 | |

**Occupant Type Codes:**
01 Driver
02 Passenger
03 Occupant of Motor Veh Not in Transport
04 Unknown Vehicle Passenger

**Gender:**
M Male
F Female

**Injury Status Codes:**
K Killed
O No Injury
A Incapacitating Injury
B Non-Incapacitating Injury
C Possible Injury
M Medical Condition Non-Crash Related Death or Injury

**Seating Position Codes:**
ROW: 1 Front, 2 Second, 3 Third, 4 Fourth, 5 Other Row, 6 Unknown
SEAT: 1 Left, 2 Middle, 3 Right, 4 Other, 5 Unknown
OTHER: 1 Sleeper Section of Cab, 2 Other Enclosed Cargo Area, 3 Unenclosed Cargo Area, 4 Trailing Unit, 5 Riding on Motor Vehicle Exterior, 6 Unknown

**Type of Occupant Protection System Used Codes:**
01 None Used
02 Shoulder and Lap Belt Used
03 Shoulder Belt Only Used
04 Lap Belt Only Used
05 Child Restraint System - Forward Facing
06 Child Restraint System - Rear Facing
07 Booster Seat
08 Helmet Used
09 Restraint Used - Type Unknown
10 Other
11 Unable to Determine - Due to Vehicle Damage

**Proper Use of Occupant Protection:**
01 Used Properly
02 Used Improperly
03 Unknown

**DOT Approved Helmet:**
01 Yes   02 No   03 Unknown

| Indiv # from Above | Air-bag | Trapped Extricated | Ejected | Ejection Path | Medical Transport By | Responding EMS Agency ID # | EMS Response Run Number | Receiving Facility Name | Notified Time | Scene Time | Hospital Time | Date of Death | Time of Death | Place of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 01 | | 02 | K132 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0753 | 0808 | 0835 | | | |
| 02 | 05 | 01 | 01 | | | | | | | | | | | |
| 03 | 01 | 01 | 01 | | 02 | K91 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0746 | 0751 | 0815 | | | |
| 04 | 01 | 01 | 01 | | 02 | K104 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0800 | 0817 | 0850 | | | |

**Airbag Deployed Codes:**
DEPLOYED (This Seat):
01 Front
02 Side
03 Other
04 Multiple Directions (Front and Side)
NOT DEPLOYED (This Seat):
05 Available, Didn't Deploy
06 Available, Turned Off
07 None Installed
08 Previously Deployed - Not Replaced
09 Disabled or Removed
10 Unable to Determine - Due to Vehicle Damage

**Trapped / Extricated Codes:**
01 Not Trapped
02 Trapped / Extricated
03 Unknown

**Ejection Codes:**
01 Not Ejected
02 Ejected, Partially
03 Ejected, Totally
04 Unknown

**Ejection Path:**
01 Thru Side Door Opening
02 Thru Side Window
03 Thru Windshield
04 Thru Back Window
05 Thru Back Door / Tailgate Opening
06 Thru Roof Opening
07 Thru Convertible (Top Up) Roof
08 Other Path
09 Unknown Path

**Medically Transported By:**
01 Not Transported
02 EMS
03 Law Enforcement
04 Refused
05 Other
06 Unknown

**Place of Victim's Death:**
01 At Scene
02 En Route
03 At Medical Facility
04 Home
05 Other