

**Farmer Cline & Campbell** PLLC
ATTORNEYS AT LAW

PO Box 3842 • Charleston, WV 25338
746 Myrtle Road • Charleston, WV 25314
t: 304.346.5990  f: 304.346.5980

February 6, 2020

VIA FACSIMILE - 800-535-6458

Erie Insurance
ATTN: DEE MILLER
P.O. Box 598
Parkersburg, WV 26102-0598

RE:  Your Insured:     **Pison Management**
     Driver:           **Demetrius Elder**
     Our Client:       **James Skylar Cooper**
     Date of Accident: **August 9, 2019**
     Claim No.:        **A00002429193**

Dear Ms. Miller:

Please be advised that we have been retained by James Cooper to represent him in regard to a motor vehicle collision which occurred on August 9, 2019. It is my understanding that Mr. Cooper is entitled to first-party insurance coverage from your company. This letter is to formally request documentation of all applicable coverages, such as medpay and uninsured/underinsured coverage, available to Mr. Cooper. Please assign this claim to the appropriate adjuster and have him/her contact this office. Enclosed is a copy of the accident report.

**Please accept this as formal notice of an underinsurance coverage claim.**

Please provide any photographs of the vehicles, accident scene or other evidence in your file. Additionally, please provide any vehicle damage estimates, statements of witnesses and/or statements from the parties. If you refuse to provide this evidence, we request that you preserve the evidence pending resolution of Mr. Cooper's claim. Failure to preserve the evidence related to the accident which is in the possession or control of Erie or the tortfeasor will be viewed as spoliation of evidence.

Please direct all future communications to this office. Additionally, any previously obtained medical authorizations and/or releases are hereby revoked.



EXHIBIT 2

BECKLEY: t: 304.252.5990  f: 304.252.5980  P.O. Box 5559 • Beckley, WV 25801
MORGANTOWN: t: 304.225.5990  f: 304.225.5980  453 Suncrest Towne Centre Dr., Suite 300 • Morgantown, WV 26505

farmerclinecampbell.com

**FARMER, CLINE & CAMPBELL, PLLC**

February 6, 2020
Page 2

If we can be of any assistance to expedite this matter, please do not hesitate to call.

Sincerely,

R. CHAD DUFFIELD, Esquire
Direct Email: rcduffield@fcclaw.net

RCD/pam

Enc.