

Branch Office • 3700 Poplar St. • Suite 200 • P.O. Box 698 • Parkersburg, WV 26102-0598
304.485.6900 • Toll free 1.800.642.1948 • Fax 304.420.2099 • www.erieinsurance.com

March 10, 2020

Farmer, Cline & Campbell
P.O. Box 746 Myrtle Road
Charleston, WV 25314

Re: ERIE Claim       #A00002429193
    ERIE Insured:    Pison Management LLC
    Date of Loss:    8/9/2019
    Your Client:     James Cooper

Dear Mr. Duffield:

We have concluded our coverage investigation on Policy #Q02-5830178 issued to Pison Management LLC on February 8, 2016 with a policy period of February 8, 2019 to February 8, 2020.

Enclosed, you will find the UM/UIM coverage offer forms. The forms confirm that the insured rejected Underinsured Motorists coverage. Please be advised, if you agree with this assessment the claim will be closed accordingly.

**You have the option of contacting the Office of the Insurance Commissioner with the following information: toll free 1-888-TRYWVIC (1-888-879-9842); TTY 1-800-435-7381; Facsimile (304) 558-4965; or Email OICConsumerServices@wv.gov. Correspondence may be sent to: West Virginia Offices of the Insurance Commissioner, ATTN: Consumer Service Division, P.O. Box 50540, Charleston, West Virginia 25305-0540. Their physical address: 900 Pennsylvania Avenue, Charleston, West Virginia 25302.**

Sincerely,

*Dedria Miller*

Dedria Miller
Liability Adjuster
West Virginia Claims Office
(304) 903-8746

DM:kmc

Enclosure:
    Selection/Rejection Forms

cc:  White Insurance & Associates
     3512 Staunton Avenue SE
     Charleston, WV 25304-1402





EXHIBIT 3

546498_1