Case 2:20-cv-00321 Document 1-4 Filed 05/07/20 Page 1 of 2 PageID #: 28

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 30, 2020 at 11:06:21 AM EDT | | 54 | 2 | Received |

Mar 30 2020 11:52am    P001/002



# Farmer Cline & Campbell PLLC
### ATTORNEYS AT LAW

PO Box 3842 • Charleston, WV 25338
746 Myrtle Road • Charleston, WV 25314
t: 304.346.5990  f: 304.346.5980

March 30, 2020

**VIA FACSIMILE - 800-535-6458**

Erie Insurance
ATTN: DEDRIA MILLER
P.O. Box 598
Parkersburg, WV  26102-0598

    **RE:**    **Your Insured:**    **Pison Management**
           **Our Client:**    **James Skylar Cooper**
           **Date of Accident:**    **August 9, 2019**
           **Claim No.:**    **A00002429193**

Dear Ms. Miller:

    Thank you for your recent correspondence and for sending us the Underinsured Coverage Offer Form. However, I disagree with your conclusion that the insured rejected underinsured coverage. As clearly indicated on the form, the insured initialed the line corresponding to $500,000.00 of underinsured motorist coverage.

    Additionally, the form does not represent a commercially reasonably offer in that it lacked any premium information. Pursuant to W. Va. Code § 33-6-31D, the form "shall specifically inform the named insured of the coverage offered and the rate calculation for the coverage."

    Accordingly, for these reasons, it is our position that Mr. Cooper should be afforded up to $500,000.00 of underinsured motorist coverage and we are asking you to confirm the same.

    Lastly, pursuant to W. Va. Code §33-6-31E, you are hereby notified that we have received a policy limits offer from the liability insurer, State Farm Mutual Automobile Insurance Company. Pursuant to the statute, I am providing you the following information:

    **Name of underinsured motorist (UIM) claimant:**    **James Cooper**
    **Address of UIM claimant:**
                                               **Danville, WV 25053**

    **Name and address of person in whose**    **Pison Management LLC**
    **name the UIM coverage is written:**    **Charleston, WV**

**EXHIBIT 4**

BECKLEY:  t: 304.252.5990  f: 304.252.5980   P.O. Box 5559 • Beckley, WV 25801
MORGANTOWN:  t: 304.225.5990  f: 304.225.5980   453 Suncrest Towne Centre Dr., Suite 300 • Morgantown, WV 26505

farmerclinecampbell.com

**FARMER, CLINE & CAMPBELL, PLLC**

March 30, 2020
Page 2

| | |
|---|---|
| Policy No. | #Q02-5830178 |
| Erie Claim No. | #A00002429193 |
| Name of Tortfeasor: | Thelma C. White |
| Tortfeasor's Insurer: | State Farm Mutual Auto. Ins. Co. |
| Policy #: | 135158948 |
| Claim #: | 48-9994-C17 |
| Liability Coverage: | $50,000.00 per person |

Pursuant to W.Va. Code §33-6-31E, you have sixty days to preserve your subrogation rights against the tortfeasor by providing written notice of your intention to do so and by paying Mr. Cooper the amount offered by State Farm.

Sincerely,

R. Chad Duffield LLC

R. CHAD DUFFIELD, Esquire
Direct Email: rcduffield@fcclaw.net

/rcd