

# State of West Virginia Uniform Traffic Crash Report
## *Crash Data*

DOH Form: 17-c
Revised: 02/2007

**Crash Record Number**  
**Reporting Agency's Record Number:** 2019-00030673  
**Page** 1 **of** 16

- **# of Vehicles Involved:** 3
- **# of Non-Motorists Involved:** 0
- **# of Fatal Injuries:** 0
- **# of A B or C Injuries:** 3

- **Date / Time of Crash:** 08/09/2019 / 0745
- **Date / Time Crash Reported:** 08/09/2019 / 0746
- **Time of Arrival:** 0806

- **County:** KANAWHA
- **Municipality or Place of Crash:** SISSONVILLE
- **GPS Coordinates:** Latitude / Longitude

**Highway Class:**
- ○ Interstate
- ○ US
- ◉ WV
- ● County/HARP
- ○ City Street
- ○ State Park / Forest Road
- ○ Private Road
- ○ Private Property/Off-Roadway
- ○ Other

**Supplemental Designation:**
- ○ Not Applicable
- ◉ Spur
- ○ North
- ○ East
- ○ Truck Route
- ○ Other
- ○ Alternate
- ◉ Ramp
- ○ South
- ○ West
- ○ Toll

- **Route:** 021 / 00
- **Milepost:**
- **Ramp:**
- **Street:** SISSONVILLE DRIVE
- **Other Description of Location:** BOX 7014
- **Intersecting Street:**

**Relation to Junction / Junction Type:**
- ● Non-Junction
- ◉ Junction, Non-Interchange Area
  - ☒ Intersection
  - ☐ Intersection-Related
  - ☐ Interstate to Interstate
  - ☐ Railroad Grade Crossing #:
  - ☐ Median Crossover-Related
  - ☒ Business or Residential Driveway/Alley Access
  - ☐ Other Non-Interchange
- ◉ Junction, Interchange Area
  - ☒ Thru Roadway
  - ☐ Merge/Diverge Area
  - ☐ Intersection
  - ☐ Intersection-Related
  - ☒ Entrance / Exit Ramp
  - ☒ Other Part of Interchange

**Intersection Type:**
- ○ 4-Way Intersection
- ○ T Intersection
- ○ Y Intersection
- ○ Intersection as Part of Interchange
- ○ Traffic Circle / Roundabout
- ◉ 5-Point or More

**Manner of Collision:**
- ○ Single Vehicle Crash
- ○ Rear End
- ● Head-On
- ○ Sideswipe, Same Direction
- ○ Sideswipe, Opposite Direction
- ○ Rear-to-Side
- ○ Rear-to-Rear
- ○ Angle (Front to Side) Same Direction
- ○ Angle (Front to Side) Opp. Direction
- ○ Right Angle
- ○ Angle - Direction Not Specified

**Environmental Contributing Circumstances (Select Up to 3):**
- ☒ None
- ☐ Weather Conditions
- ☐ Physical Obstruction(s)
- ☐ Glare
- ☐ Animal(s) in Roadway Type:
- ☐ Other:

**Weather (Select Up to 2):**
- ☐ Clear
- ☐ Rain
- ☐ Blowing Snow
- ☐ Other
- ☒ Cloudy
- ☐ Sleet, Hail, or Freezing Rain
- ☐ Severe Crosswinds
- ☐ Fog, Smog, Smoke
- ☐ Snow
- ☐ Blowing Sand, Soil, Dirt

**Lighting:**
- ● Daylight
- ○ Dawn
- ○ Dark - Lighted
- ○ Dusk
- ○ Dark - Not Lighted
- ○ Other

**Roadway Surface Condition:**
- ● Dry
- ○ Slush
- ○ Mud, Dirt, Gravel, Sand
- ○ Wet
- ○ Ice / Frost
- ○ Snow
- ○ Water (Standing / Moving)

**Location of First Harmful Event:**
- ● On Roadway
- ○ Roadside
- ○ In Parking Lane or Zone
- ○ Outside of Right-of-Way
- ○ Shoulder
- ○ Gore
- ○ Off Roadway, Location Unknown
- ○ Median
- ○ Separator
- ○ Unknown

**Roadway Surface Type:**
- ● Asphalt
- ○ Concrete
- ○ Gravel
- ○ Dirt
- ○ Brick
- ○ Other:

**First Harmful Event:**
- ○ Overturn / Rollover
- ○ Fire / Explosion
- ○ Immersion
- ○ Jackknife
- ○ Cargo / Equipment Loss or Shift
- ○ Fell / Jumped from Motor Veh
- ○ Thrown or Falling Object
- ○ Other Non-Collision

**COLLISION WITH:**
- ○ Pedestrian
- ○ Pedalcycle
- ○ Railway Vehicle
- ○ Animal
- ● Motor Vehicle in Transport
- ○ Parked Motor Vehicle
- ○ Work Zone / Maintenance Equip
- ○ Other Non-Fixed Object
- ○ Impact Attenuator / Crash Cushion

- ○ Bridge Overhead Structure
- ○ Bridge Pier or Support
- ○ Bridge Rail
- ○ Culvert
- ○ Curb
- ○ Ditch
- ○ Embankment
- ○ Guardrail Face
- ○ Guardrail End
- ○ Cable Median Barrier

- ○ Concrete Traffic Barrier
- ○ Other Traffic Barrier
- ○ Tree (Standing)
- ○ Utility Pole/Light Support
- ○ Traffic Sign Support
- ○ Traffic Signal Support
- ○ Other Post, Pole, or Support
- ○ Fence
- ○ Mailbox
- ○ Other Fixed Object

**EXHIBIT 1**

*Crash Record Number*  *Reporting Agency's Record Number:* 2019-00030673   *Page* 2 *of* 16

**Road - Contributing Circumstances:** (Select Up to 3)
- ☒ None
- ☐ Road Surface Condition (Wet, Icy, etc.)
- ☐ Debris
- ☐ Ruts, Holes, Bumps
- ☐ Worn, Travel Polished Surface
- ☐ Obstruction in Roadway
- ☐ Pavement Markings Not Visible

**Shoulders**
- ☐ None  ☒ Low  ☐ Soft  ☐ High

**Problem w/ Traffic Control Device**
- ☐ Inoperative  ☐ Missing  ☐ Obscured

**Work Zone**
- ☐ Construction
- ☐ Maintenance
- ☐ Utility
- ☐ Non-Highway Work
- ☐ Other

**School Bus Related:**
- ● No
- ○ Yes, School Bus Directly Involved
- ○ Yes, School Bus Indirectly Involved

**School Zone Related:**
- ● No
- ○ Yes

**Type of School Zone Sign:**
- ○ When Present
- ○ When Flashing
- ○ Lists Specific Times
- ○ None

**School Zone Flashers:**
- ○ Present, Not Active
- ○ Present, Active
- ○ Not Present

**School Zone Speed Limit:** ____

**Work Zone Related:**
- ● No
- ○ Yes

**Workers Present:**
- ○ Yes
- ○ No
- ○ Unknown

**Work Zone Speed Limit:** ____

**Location of Crash in Work Zone:**
- ○ Before 1st Warning Sign
- ○ Advance Warning Area
- ○ Transition (Merge) Area
- ○ Activity Area
- ○ Termination Area

**Type of Work Zone:**
- ○ Lane Closure
- ○ Lane Shift / Crossover
- ○ Work on Shoulder or in Median
- ⦿ Intermittent or Moving Work
- ○ Other

**NARRATIVE:** Describe What Happened. Refer to Vehicles by Number Assigned on this Form.

ON FRIDAY, AUGUST 09, 2019 AT APPROXIMATELY 07:46 A.M., I WAS DISPATCHED BY METRO COMMUNICATIONS TO 7014 SISSONVILLE DRIVE IN SISSONVILLE, KANAWHA COUNTY, IN REFERENCE TO A 3-VEHICLE CRASH WITH INJURY.

UPON MY ARRIVAL, I OBSERVED THE FOLLOWING: VEHICLE 1 RESTING IN A CREEK BED ALONG THE RIGHT SHOULDER OF THE ROADWAY (NORTH BOUND LANE); VEHICLE 2 STOPPED IN THE NORTH BOUND LANE OF TRAFFIC, APPROXIMATELY FORTY YARDS NORTH OF WHERE VEHICLE 1 AND VEHICLE 3 WERE LOCATED; AND VEHICLE 3 TO BE STOPPED IN THE NORTH BOUND LANE, WITH IT RESTING SIDEWAYS IN ITS LANE. I EXAMINED THE SCENE AND OBSERVED THE FOLLOWING: MARKINGS FROM VEHICLE 1 TRAVELING FROM NEAR THE CENTER LINE (SOUTH BOUND) IN TO THE NORTH BOUND LANE OF TRAFFIC; DEBRIS FROM VEHICLE 1 AND VEHICLE 3 LYING IN THE NORTH BOUND LANE OF TRAFFIC; TIRE MARKINGS FROM VEHICLE 2, WHICH WERE IN THE NORTH BOUND LANE JUST ABOVE THE DEBRIS LOCATION. I EXAMINED VEHICLE 1 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD TO BE DAMAGED; AND FRONT INSIDE AIRBAG DEPLOYMENT. I EXAMINED VEHICLE 2 AND OBSERVED THE FOLLOWING: THE VEHICLE ITSELF WAS NOT DAMAGED. HOWEVER, THE METAL OPEN FACE STYLE TRAILER'S REAR DRIVER SIDE WHEEL AND TRAILER AREA WAS DAMAGED. I EXAMINED VEHICLE 3 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD DAMAGE; AND INSIDE FRONT AIRBAG DEPLOYMENT. DIGITAL PHOTOGRAPHS OF THE SCENE WERE TAKEN.

VEHICLE 1 WAS TRAVELING SOUTH NEAR 7014 SISSONVILLE DRIVE. VEHICLE 1 TRAVELED LEFT OF CENTER INTO THE NORTH BOUND LANE OF TRAFFIC. VEHICLE 1'S FRONT DRIVER SIDE AREA STRUCK THE REAR DRIVER SIDE TRAILER AREA OF VEHICLE 2. THEN, VEHICLE 1 TRAVELED SOUTH IN THE NORTH BOUND LANE AND THEN ITS FRONT-END IT STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 TRAVELED OFF THE LEFT SIDE OF THE ROADWAY AND CAME TO A REST IN A CREEK BED.

DUE TO INJURIES, DRIVER 1, DRIVER 3, AND PASSENGER 1 (VEHICLE 3) WERE TRANSPORTED FROM THE SCENE TO C.A.M.C. GENERAL HOSPITAL IN CHARLESTON.

WITNESS 1, TERRI CHAPMAN (304-550-8792), PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, SHE STATED THE FOLLOWING: SHE HAD BEEN TRAVELING SOUTH ON SISSONVILLE DRIVE PRIOR TO THE INCIDENT AND OBSERVED IT TO TRAVEL LEFT OF CENTER. THEN, AT THE CRASH LOCATION, SHE OBSERVED VEHICLE 1 TRAVEL LEFT OF CENTER AND STRIKE THE REAR OF VEHICLE 2'S TRAILER. THEN, VEHICLE 1 PROCEEDED TO TRAVEL SOUTH IN THE NORTH BOUND LANE. VEHICLE 1 STRUCK THE FRONT OF VEHICLE 3 AND THEN LANDED IN THE CREEK.

WITNESS 2, RYAN WHITE (304-541-8505), PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, HE STATED THE FOLLOWING: AS HE WAS TRAVELING NORTH ON SISSONVILLE DRIVE, HE OBSERVED VEHICLE 1 TRAVEL ACROSS THE CENTER LINE AND STRIKE VEHICLE 2'S TRAILER. THEN, VEHICLE 1 CONTINUED SOUTH IN THE NORTH BOUND LANE AND STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 CAME TO A REST IN THE CREEK.

VEHICLE 1, VEHICLE 2'S TRAILER, AND VEHICLE 3 WERE TOWED FROM THE SCENE BY CHARLESTON AUTO. THEY WERE TOWED TO THEIR LOT IN SISSONVILLE.

I CLEARED FROM THE SCENE AND TRAVELED TO C.A.M.C. GENERAL HOSPITAL. UPON MY ARRIVAL, I OBTAINED AN AUDIO-RECORDED STATEMENT WITH DRIVER 3. ALSO, I OBTAINED AN AUDIO-RECORDED STATEMENT FROM PASSENGER 1 OF VEHICLE 3. HOWEVER, DUE TO DRIVER 1'S MEDICAL CONDITION (S.T.I.C.U. FLOOR), I WAS UNABLE TO OBTAIN A RECORDED STATEMENT.

**Reported By:** ○ State Police  ● Sheriff's Dept  ○ Municipal PD  ○ Other

**Photos Taken:** ● Yes ○ No  **By Whom:** J. W. EARY
**Video Taped:** ○ Yes ● No  **By Whom:** ____

The information contained in this report reflects my best knowledge and judgment:

**Investigating Officer's Name:** J.L. MILLER   **Number:** 64   **Signature:** ____
**Phone:** (304) 357-0169   **ORI Number:** WV0200000   **Agency:** Kanawha Co SD
**Assisting Officer's Name(s):** J. W. EARY
**Reconstructed:** ○ Yes ● No   **By Whom:** ____   **Date of Submission:** 08/09/2019

**State of West Virginia Uniform Traffic Crash Report**

*Diagram*

DOH Form: 17-dgrm
Revised: 02/2007

*Crash Record Number:*

*Reporting Agency's Record Number:* 2019-00030673

*Page* 3 *of* 16

**CRASH DIAGRAM:**
(Draw Crash Scene - Including Roadway Layout, Vehicles, Individuals or Objects Struck, Traffic Controls, etc.)
IMPORTANT: Number Vehicles According to the Numbers Assigned on this Form.

| From RP to: | N/S | E/W |
|---|---|---|
| | | |

# NO DIAGRAM

DOH Form: 17-veh
Revised: 02/2007

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

Page 4 of 16

**Crash Record Number:**

**Vehicle Type:** ● Motor Veh in Transport ○ Parked Motor Veh / Trailer ○ Working Veh / Equipment

**Vehicle Number:** 01

**Reporting Agency's Record Number:** 2019-00030673

**Hit and Run:** ● No, Did Not Leave Scene ○ Yes, Driver Left Scene ○ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:** ● Driver Operated Vehicle ○ Driverless Vehicle

**Owner's Name(s):** WHITE, THELMA CRYSTAL

**Address:** 122 BRUCE ROAD

City: KENNA  State: WV  Zip Code: 25248

**Proof of Liability Insurance:** ● Yes ○ No ○ Not Req

**Ins. Co:** STATE FARM
**Policy No:** 1351589E0648
**Exp Date:** 11/05/2019
**Ins. Agent Name or Phone:** 304-372-9117

| Make | Model | Model Year | Body Type | Color |
|---|---|---|---|---|
| TOYOTA | COROLLA | 2008 | SEDAN, 4-DOOR | WHITE |

**VIN:** 2T1BR32E28C913773  **Plate Class:** A  **License Plate Number:** 2PX470  **State:** WV  **Reg Year:** 2020

**Registration Status:** ● Properly Registered ○ Improperly Registered ○ No Registration Required

**Special Function of Motor Vehicle:**
● None  ○ Police  ○ Courtesy Patrol
○ Used as School Bus  ○ Ambulance  ○ Taxi
○ Used as Other Bus  ○ Fire Truck  ○ Military

**Used as an Emergency Vehicle:** ○ No ○ Yes

**Vehicle Used as a Bus:**
○ Public School Bus  ○ Commuter Bus  ○ Tour Bus
○ Private School Bus  ○ Shuttle Bus  ○ Church Bus
○ Scheduled Service Bus  ○ Modified for Personal/Private Use

**Vehicle Impact Role:**
● Striking  ○ Single Vehicle
○ Struck  ○ Both

**Direction of Travel Before Crash:**
○ Northbound  ○ Eastbound  ○ Not on Road
● Southbound  ○ Westbound  ○ Unknown

**Applicable Speed Limit (MPH):** 40

**Roadway Description:**
● Two-Way, Not Divided
○ Two-Way, Not Divided w/ Cont. Left Turn Lane
○ Two-Way, Divided, Unprotected Median
○ Two-Way, Divided, with Median Barrier
○ One-Way Roadway

**Total Lanes in Roadway:**
For Undivided Highways:
Count Total Lanes in Both Directions (Excluding Designated Turn Lanes)
For Divided Highways:
Count Only Lanes in Direction Vehicle was Traveling Prior to Crash. 2

**Traffic Control Device Type:**
● None  ○ Yield Sign
○ Person (Flagger, etc.)  ○ School Zone Signs
○ Traffic Control Signal  ○ Warning Signs
○ Flashing Overhead Signal  ○ Railroad Crossing Device
○ Stop Sign  ○ Other

**Horizontal Alignment:**
○ Straight  ○ Curve Right
● Curve Left

**Vertical Alignment:**
● Level  ○ Uphill  ○ Sag (Bottom)
○ Hillcrest  ○ Downhill

**Veh Travel Speed (MPH):**

**Underride / Override:**
● No Underride or Override
○ Underride, Compartment Intrusion
○ Underride, No Compartment Intrusion
○ Underride, Compartment Intrusion Unknown
○ Override, Motor Vehicle in Transport
○ Override, Other Motor Vehicle

**Extent of Damage**
○ No Damage
○ Minor Damage
○ Functional Damage
● Disabling Damage

**Traffic Control Functioning Properly:** ○ Yes ○ No

**Vehicle Maneuver / Action:**
● Essentially Straight Ahead  ○ Making U-Turn
○ Backing  ○ Slowing
○ Changing Lanes  ○ Stopped in Traffic
○ Overtaking / Passing  ○ Leaving Traffic Lane
○ Parked  ○ Entering Traffic Lane
○ Turning Right  ○ Negotiating a Curve
○ Turning Left  ○ Other

**Crash Avoidance Maneuver:**
● None Evident or Reported
○ Braking - Skidmarks Evident
○ Braking - Driver Stated
○ Braking - Other Evidence
○ Steering - Evidence or Stated
○ Steering and Braking
○ Other

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
☒ None  ☐ Tires
☐ Brakes  ☐ Wheels
☐ Wipers  ☐ Lights (Head, Signal, Tail, etc.)
☐ Steering  ☐ Windows
☐ Power Train  ☐ Truck Coupling/Trailer Hitch/Safety Chains
☐ Mirrors
☐ Suspension  ☐ Other

**GVWR or GCWR:**
● Less Than or Equal To 10,000lbs
○ 10,001 - 26,000 lbs
○ More Than 26,000lbs

**Number of Axles:** 02

**Displaying Hazardous Materials Placard:**
● No
○ Yes

**Occurrence of Fire:**
● No Fire
○ Yes, Vehicle Caught Fire

**Modified Vehicle:**
● No
○ Yes

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:**
● No  ○ Yes

**Manner, in which Vehicle was Removed from Scene:**
○ Driven  ● Towed Due to Damage  ○ Towed Due to Driver Condition  ○ Left at Scene

**Towed to:** CHARLESTON AUTO

**Towed by:** CHARLESTON AUTO

**Total / Max Occupants of Veh:** 0 1 / 0 5

*Crash Record Number:* _____   *Vehicle Number:* 01   *Reporting Agency's Record Number:* 2019-00030673

**Crash Events:**
- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision
- **COLLISION WITH:**
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

**Sequence of Events:** 19   09

**Most Harmful Event:** 19

**Property Damaged Other Than Vehicles:**
- [X] None
- [ ] Work Zone / Maintenance Equipment
- [ ] Impact Attenuator / Crash Cushion
- [ ] Bridge / Tunnel
- [ ] Culvert
- [ ] Guardrail
- [ ] Concrete Barrier
- [ ] Cable Median Barrier
- [ ] Other Traffic Barrier
- [ ] Utility Pole / Light Support  #:
- [ ] Traffic Sign Support
- [ ] Traffic Signal Support
- [ ] Other Post, Pole or Support
- [ ] Fence
- [ ] Mailbox
- [ ] Other Fixed Object

**Damaged Property Owner(s):**
- [ ] WVDOH   [ ] Private
- [ ] City    [ ] Utility Company
- [ ] Other:

**Damaged Property Location:**
- ( ) On Pavement
- (●) Right Side of Road
- ( ) Left Side of Road

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

(●) Single Unit Vehicle   ( ) Motorcycle   ( ) ATV   ( ) Pass. Veh. Towing Unit   ( ) Bus   ( ) Tractor Trailer

[ ] 13 Top   [ ] 14 Undercarriage   [ ] 13 Top   [ ] 14 Undercarriage   [ ] 13 Top   [ ] 14 Undercarriage   [ ] 13 Top   [ ] 14 Undercarriage

Using the Numbers from the Diagram Above, Identify the Following:   **Area of Initial Impact:** ___   **Most Damaged Area:** 12

Number of Trailing Units: 0

*Trailing Unit #1:* (●) Same as Power Unit   Carrier / Owner's Name: _____   Phone: _____
Address: _____
VIN _____   Plate Class _____   License Plate Number _____   City _____   State _____   Zip Code _____   Year _____   Make _____   Model _____   Model Year _____   Body Type _____

*Trailing Unit #2:* ( ) Same as Power Unit   Carrier / Owner's Name: _____   Phone: _____
Address: _____
VIN _____   Plate Class _____   License Plate Number _____   City _____   State _____   Zip Code _____   Year _____   Make _____   Model _____   Model Year _____   Body Type _____

*Trailing Unit #3:* ( ) Same as Power Unit   Carrier / Owner's Name: _____   Phone: _____
Address: _____
VIN _____   Plate Class _____   License Plate Number _____   City _____   State _____   Zip Code _____   Year _____   Make _____   Model _____   Model Year _____   Body Type _____



# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** ___

**Vehicle Number (from Vehicle Data Page):** 01

**Page** 6 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** WHITE (Last)  THELMA (First)  CRYSTAL (Middle)  ___ (Suffix)

**Address:** ☒ Same as Veh Owner  122 BRUCE ROAD  KENNA (City)  WV (State)  25248 (Zip Code)

**Home Phone:** (304) 532-8641   **Other Phone:** ___

### Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: ○ A  ○ B  ○ C

**Issuing State:** WV
**Lic. Number:** E210348
**Date of Birth:** ___

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

**Driver Condition at Time of Crash:**
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

**Action(s) of Driver that Contributed to the Crash: (Select Up to 4)**
- ☐ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☒ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood  ☐ Breath  ☐ Urine
- ☐ Serum  ☐ Field  ☐ Other: ___

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ ___
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood   ○ DRE
- ○ Serum
- ○ Urine
- ○ Other ___

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

**Crash Record Number:** ____  **Vehicle Number (from Vehicle Data Page)** 01  **Page** 7 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

Known or Suspected Violation(s) by Driver:

☐ No Violations

**Reckless/Careless/Hit and Run Type Offenses**

- ☐ Negligent Homicide
- ☒ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**

- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**

- ☒ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**

- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**

- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☒ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**

- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**

- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**

- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**

- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**

- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**STATEMENT OF DRIVER:**
DUE TO DRIVER'S MEDICAL CONDITION, SHE WAS UNABLE TO SPEAK TO PROVIDE A RECORDED STATEMENT.



# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

**Crash Record Number:** _____   **Vehicle Number:** 02   **Reporting Agency's Record Number:** 2019-00030673   Page 8 of 16

**Vehicle Type:** ● Motor Veh in Transport  ○ Parked Motor Veh / Trailer  ○ Working Veh / Equipment

**Hit and Run:**
- ● No, Did Not Leave Scene
- ○ Yes, Driver Left Scene
- ○ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:**
- ● Driver Operated Vehicle
- ○ Driverless Vehicle

**Owner's Name(s):** PISON MANAGEMENT

**Address:** 717 BRAWLEY WALKWAY   **City:** CHARLESTON   **State:** WV   **Zip Code:** 25301   **Home Phone:** (304) 342-2766   **Other Phone:** ___

| Make | Model | Model Year | Body Type | Color | Reg Year |
|---|---|---|---|---|---|
| CHEVROLET | SILVERADO | 2004 | PICKUP | BLUE | 2020 |

**VIN:** 1GCHK24U64E104071   **Plate Class:** A   **License Plate Number:** 2RF684   **State:** WV

**Registration Status:**
- ● Properly Registered
- ○ Improperly Registered
- ○ No Registration Required

**Proof of Liability Insurance:** ● Yes  ○ No  ○ Not Req

**Ins. Agent Name or Phone:** 3049266662  **Ins. Co:** ERIE  **Policy No:** Q025830178W  **Exp Date:** 02/01/2020

**Special Function of Motor Vehicle:**
- ● None
- ○ Used as School Bus
- ○ Used as Other Bus
- ○ Police
- ○ Ambulance
- ○ Fire Truck
- ○ Courtesy Patrol
- ○ Taxi
- ○ Military

**Used as an Emergency Vehicle:** ○ No  ○ Yes

**Vehicle Used as a Bus:**
- ○ Public School Bus
- ○ Private School Bus
- ○ Scheduled Service Bus
- ○ Commuter Bus
- ○ Shuttle Bus
- ○ Modified for Personal/Private Use
- ○ Tour Bus
- ○ Church Bus

**Vehicle Impact Role:** ● Striking  ● Struck  ○ Single Vehicle  ○ Both

**Direction of Travel Before Crash:**
- ● Northbound
- ○ Southbound
- ○ Eastbound
- ○ Westbound
- ○ Not on Road
- ○ Unknown

**Applicable Speed Limit (MPH):** 40

**Roadway Description:**
- ● Two-Way, Not Divided
- ○ Two-Way, Not Divided w/ Cont. Left Turn Lane
- ○ Two-Way, Divided, Unprotected Median
- ○ Two-Way, Divided, with Median Barrier
- ○ One-Way Roadway

**Total Lanes in Roadway:**
- For Undivided Highways: Count Total Lanes in Both Directions. (Excluding Designated Turn Lanes)
- For Divided Highways: Count Only Lanes in Direction Vehicle was Traveling Prior to Crash.  **2**

**Traffic Control Device Type:**
- ● None
- ○ Person (Flagger, etc.)
- ○ Traffic Control Signal
- ○ Flashing Overhead Signal
- ○ Stop Sign
- ○ Yield Sign
- ○ School Zone Signs
- ○ Warning Signs
- ○ Railroad Crossing Device
- ○ Other

**Horizontal Alignment:** ● Straight  ○ Curve Right  ○ Curve Left

**Vertical Alignment:** ● Level  ○ Uphill  ○ Sag (Bottom)  ○ Hillcrest  ○ Downhill

**Veh Travel Speed (MPH):** ___

**Traffic Control Functioning Properly:** ○ Yes  ○ No

**Underride / Override:**
- ● No Underride or Override
- ○ Underride, Compartment Intrusion
- ○ Underride, No Compartment Intrusion
- ○ Underride, Compartment Intrusion Unknown
- ○ Override, Motor Vehicle in Transport
- ○ Override, Other Motor Vehicle

**Extent of Damage:**
- ● No Damage
- ○ Minor Damage
- ○ Functional Damage
- ○ Disabling Damage

**Vehicle Maneuver / Action:**
- ● Essentially Straight Ahead
- ○ Backing
- ○ Changing Lanes
- ○ Overtaking / Passing
- ○ Parked
- ○ Turning Right
- ○ Turning Left
- ○ Making U-Turn
- ○ Slowing
- ○ Stopped in Traffic
- ○ Leaving Traffic Lane
- ○ Entering Traffic Lane
- ○ Negotiating a Curve
- ○ Other

**Crash Avoidance Maneuver:**
- ● None Evident or Reported
- ○ Braking - Skidmarks Evident
- ○ Braking - Driver Stated
- ○ Braking - Other Evidence
- ○ Steering - Evidence or Stated
- ○ Steering and Braking
- ○ Other

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
- ☒ None
- ☐ Brakes
- ☐ Wipers
- ☐ Steering
- ☐ Power Train
- ☐ Mirrors
- ☒ Suspension
- ☐ Tires
- ☐ Wheels
- ☐ Lights (Head, Signal, Tail, etc.)
- ☐ Windows
- ☐ Truck Coupling/Trailer
- ☐ Hitch/Safety Chains
- ☐ Other

**GVWR or GCWR:**
- ● Less Than or Equal To 10,000lbs
- ○ 10,001 - 26,000 lbs
- ○ More Than 26,000lbs

**Number of Axles:** 02

**Total / Max Occupants of Veh:** 0 1 / 0 3

**Displaying Hazardous Materials Placard:** ○ No  ○ Yes

**Occurrence of Fire:**
- ● No Fire
- ○ Yes, Vehicle Caught Fire

**Modified Vehicle:** ● No  ○ Yes

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:** ● No  ○ Yes

**Manner in which Vehicle was Removed from Scene:**
○ Driven  ● Towed Due to Damage  ○ Towed Due to Driver Condition  ○ Left at Scene

**Towed to:** CHARLESTON AUTO    **Towed by:** CHARLESTON AUTO

DOH Form: 17-veh
Revised: 02/2007



*Crash Record Number:*      *Vehicle Number:* 02      *Reporting Agency's Record Number:* 2019-00030673      *Page* 9 *of* 16

**Crash Events:**

- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision
- COLLISION WITH:
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

Sequence of Events: 19

Most Harmful Event: 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- ● Single Unit Vehicle
- ○ Motorcycle
- ○ ATV
- ○ Pass. Veh. Towing Unit
- ○ Bus
- ○ Tractor Trailer

☒ 13 Top    ☐ 14 Undercarriage

Using the Numbers from the Diagram Above, identify the Following:    Area of Initial Impact:    Most Damaged Area:

Number of Trailing Units: 1

*Trailing Unit #1:* ● Same as Power Unit

Address: 722 NORTH HILLS DR    CHARLESTON    WV    25387    Phone: (304) 926-6662

VIN    Plate Class    License Plate Number    State    Year    Make    Model    Model Year    Body Type

4P7U610193F000530    T    T420387    WV    2020    LNW       2003    OPEN BODY

*Trailing Unit #2:* ○ Same as Power Unit    Carrier / Owner's Name: SCOTT, JOHN

Address:

VIN    Plate Class    License Plate Number    State    Year    Make    Model    Model Year    Body Type

*Trailing Unit #3:* ○ Same as Power Unit    Carrier / Owner's Name:    Phone:

Address:

VIN    Plate Class    License Plate Number    City    State    Zip Code    Year    Make    Model    Model Year    Body Type

**Property Damaged Other Than Vehicles:**

- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole / Light Support #:
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

Damaged Property Owner(s):

- ☐ WVDOH    ☐ Private
- ☐ City    ☐ Utility Company
- ☐ Other:

Damaged Property Location:

- ☐ On Pavement
- ☐ Right Side of Road
- ☐ Left Side of Road



# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number (from Vehicle Data Page):** 02
**Page** 10 **of** 16
**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** ELDER (Last)    DEMETRIUS (First)    S (Middle)    (Suffix)

**Address:** ○ Same as Veh Owner    5243 DALEWOOD DR LOT 186    CROSS LANES (City)    WV (State)    25313 (Zip Code)

**Home Phone:** (304) 926-6662    **Other Phone:**

### Driving License:

**License Type:**
- ○ Not Licensed
- ○ GDL Level 1
- ○ CDL Instruction Permit
- ● Driving License
- ○ GDL Level 2
- ○ Motorcycle Instruction Permit
- ○ Instruction Permit
- ○ GDL Level 3
- ○ Motorcycle Only
- ○ CDL Class: ○ A ○ B ○ C

**Issuing State:** WV
**Lic. Number:** F822510
**Date of Birth:**

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Limited - Other
- ☐ Corrective Lenses
- ☐ CDL Intrastate Only
- ☐ Mechanical Devices
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Prosthetic Aid
- ☐ Military Vehicles Only
- ☐ Automatic Transmission
- ☐ Except Class A Bus
- ☐ Outside Mirror
- ☐ Except Class A and Class B Bus
- ☐ Limit to Daylight Only
- ☐ Except Tractor - Trailer
- ☐ Limit to Employment
- ☐ Farm Waiver
- ☐ Must Be Accompanied by Adult
- ☐ Other

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood ☐ Breath ☐ Urine
- ☐ Serum ☐ Field ☐ Other:

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood ○ DRE
- ○ Serum
- ○ Urine
- ○ Other

**Drug Test Results (Check All that Apply):**
- ☐ None ☐ Amphetamine ☐ Pending
- ☐ Marijuana ☐ PCP
- ☐ Cocaine ☐ Other Controlled Substance
- ☐ Opiate ☐ Other Drug

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

*Crash Record Number:*  
*Vehicle Number (from Vehicle Data Page)* 02  
*Page* 11 *of* 16

*Reporting Agency's Record Number:* 2019-00030673

Known or Suspected Violation(s) by Driver:

☒ **No Violations**

### Reckless/Careless/Hit and Run Type Offenses

- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

### Impairment Offenses

- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

### Speed Related Offenses

- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

### Rules of the Road - Traffic Signs and Signals

- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

### Rules of the Road - Lane Usage

- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

### Rules of the Road - Wrong Side, Passing and Following

- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

### Rules of the Road - Turning, Yielding, Signaling

- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

### Non-Moving License and Registration Violations

- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

### Equipment

- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

### Other Violations

- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

Citation(s) Issued to Driver:

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

### STATEMENT OF DRIVER:

* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.



# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

**Crash Record Number:** _____  **Vehicle Number:** 03  **Reporting Agency's Record Number:** 2019-00030673  **Page** 12 **of** 16

**Vehicle Type:** ● Motor Veh in Transport  ○ Parked Motor Veh / Trailer  ○ Working Veh / Equipment  **Hit and Run:** ● No, Did Not Leave Scene / ○ Yes, Driver Left Scene / ○ Yes, Car and Driver Left Scene  **Driver Presence at Time of Crash:** ● Driver Operated Vehicle / ○ Driverless Vehicle

**Owner's Name(s):** HUFFMAN, RICK

**Address:** 301 RUCKER ST APT B   **City:** MADISON   **State:** WV   **Zip Code:** 25130   **Home Phone:** (304) 601-6129   **Other Phone:** _____

| Make | Model | Model Year | 4H | Body Type | Color | Reg Year | Registration Status: | Proof of Liability Insurance: | Ins. Co: | Ins. Agent Name or Phone |
|---|---|---|---|---|---|---|---|---|---|---|
| DODGE | CALIBER | 2007 | | | SILVER | 2020 | ● Properly Registered / ○ Improperly Registered / ○ No Registration Required | ● Yes ○ No ○ Not Req | Policy No: WV1191936 / Exp Date: 10/10/2019 | W.V. NATIONAL AUTO / 304-296-0507 |

**VIN:** 1B3HB28B67D154828   **Plate Class:** 84H271   **License Plate Number:** _____   **State:** WV

**Special Function of Motor Vehicle:**
● None   ○ Police   ○ Courtesy Patrol   **Used as an Emergency Vehicle:** ○ No ○ Yes   **Vehicle Used as a Bus:**
○ Used as School Bus   ○ Ambulance   ○ Taxi   ○ Public School Bus   ○ Commuter Bus   ○ Tour Bus
○ Used as Other Bus   ○ Fire Truck   ○ Military   ○ Private School Bus   ○ Shuttle Bus   ○ Church Bus
                                                ○ Scheduled Service Bus   ○ Modified for Personal/Private Use

**Direction of Travel Before Crash:**
● Northbound   ○ Eastbound   ○ Not on Road   **Applicable Speed Limit (MPH):** 40   **Roadway Description:**
○ Southbound   ○ Westbound   ○ Unknown   ● Two-Way, Not Divided   ○ Two-Way, Divided, Unprotected Median   **Vehicle Impact Role:**
                                           ○ Two-Way, Not Divided w/ Cont. Left Turn Lane   ○ Two-Way, Divided, with Median Barrier   ● Striking   ○ Single Vehicle
                                                                                             ○ One-Way Roadway   ● Struck   ○ Both

**Traffic Control Device Type:**   **Horizontal Alignment:**   **Vertical Alignment:**   **Total Lanes in Roadway:**
● None   ○ Yield Sign   ● Straight   ● Curve Right   ● Level   ○ Uphill   ○ Sag (Bottom)   For Undivided Highways:
○ Person (Flagger, etc.)   ○ School Zone Signs   ○ Curve Left   ○ Hillcrest   ○ Downhill                  Count Total Lanes in Both Directions.
○ Traffic Control Signal   ○ Warning Signs                                                                 (Excluding Designated Turn Lanes)
○ Flashing Overhead Signal   ○ Railroad Crossing Device   **Underride / Override:**   **Veh Travel Speed (MPH):** _____   For Divided Highways:
○ Stop Sign   ○ Other   ● No Underride or Override                                     Count Only Lanes in Direction
                        ○ Underride, Compartment Intrusion                              Vehicle was Traveling Prior to Crash.  **2**

**Traffic Control Functioning Properly:** ○ Yes ○ No   ○ Underride, No Compartment Intrusion   ○ Override, Motor Vehicle in Transport   **Extent of Damage:**
                                                                                               ○ Override, Other Motor Vehicle   ○ No Damage
                                                                                                                                  ○ Minor Damage
**Vehicle Maneuver / Action:**   **Crash Avoidance Maneuver:**   **Contributing Circumstance, Motor Vehicle (Select up to 2):**   ○ Functional Damage
● Essentially Straight Ahead   ● None Evident or Reported   ☒ None   ○ Tires                                                      ● Disabling Damage
○ Backing   ○ Braking - Skidmarks Evident   ○ Brakes   ○ Wheels
○ Changing Lanes   ○ Braking - Driver Stated   ○ Wipers   ○ Lights (Head, Signal, Tail, etc.)   **GVWR or GCWR:**
○ Overtaking / Passing   ○ Braking - Other Evidence   ○ Steering   ○ Windows                    ● Less Than or Equal To 10,000lbs
○ Parked   ○ Steering - Evidence or Stated   ○ Power Train   ○ Truck Coupling/Trailer            ○ 10,001 - 26,000 lbs
○ Turning Right   ○ Steering and Braking   ○ Mirrors   ○ Hitch/Safety Chains                     ○ More Than 26,000lbs
○ Turning Left   ○ Other   ☒ Suspension   ○ Other                                                **Number of Axles:** 02

**Displaying Hazardous Materials Placard:**   **Occurrence of Fire:**   **Modified Vehicle:**   **Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:**   **Manner, in which Vehicle was Removed from Scene:**   **Total / Max Occupants of Veh:** 02 / 05
○ No   ● No Fire   ● No   ○ Driven   ● Towed Due to Damage   ○ Towed Due to Driver Condition   ○ Left at Scene
○ Yes   ○ Yes, Vehicle Caught Fire   ○ Yes   ● No ○ Yes   **Towed to:** CHARLESTON AUTO   **Towed by:** CHARLESTON AUTO



# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** 
**Vehicle Number (from Vehicle Data Page):** 03
**Page** 14 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** HUFFMAN (Last) / RICK (First) / L (Middle) / (Suffix)

**Address:** ● Same as Veh Owner — 301 RUCKER ST APT B — MADISON — WV — 25130
City / State / Zip Code

**Home Phone:** (304) 601-6129  **Other Phone:**

### Driving License:

**License Type:**
- ◎ Not Licensed
- ● Driving License
- ◎ Instruction Permit
- ◎ GDL Level 1
- ◎ GDL Level 2
- ◎ GDL Level 3
- ○ CDL Instruction Permit
- ◎ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: ○ A ○ B ○ C

**Issuing State:** WV
**Lic. Number:** E356031
**Date of Birth:**

**License Restrictions:** (Select All that Apply)
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other

**Endorsements:** (Select Up to 5)
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

**Driver Condition at Time of Crash:**
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other

**Action(s) of Driver that Contributed to the Crash:** (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given** (Select Up to 2):
- ☐ Blood ☐ Breath ☐ Urine
- ☐ Serum ☐ Field ☐ Other:

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood ○ DRE
- ○ Serum
- ○ Urine
- ○ Other

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

**Crash Record Number:** ⬜  **Vehicle Number (from Vehicle Data Page)** 03   **Page** 15 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

Known or Suspected Violation(s) by Driver:

☒ **No Violations**

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**STATEMENT OF DRIVER:**
* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.

# State of West Virginia Uniform Traffic Crash Report
## Driver and Vehicle Passenger Data

DOH Form: 17-PHS
Revised: 02/2007

Page 16 of 16



Crash Record Number: _____   Reporting Agency's Record Number: 2019-00030673

| Indiv # | Last | First | Middle Int. | Suffix | Veh # | Occupant Type | Social Security # | Birthdate | Age | Gender | Injury | Row | Seat | Other | Type Used | Proper Use | App. Helmet | Place of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | WHITE | THELMA | | | 01 | 01 | | | | F | B | 1 | 1 | | 01 | | | |
| 02 | ELDER | DEMETRIUS | S | | 02 | 01 | | | | M | O | 1 | 1 | | 02 | 03 | | |
| 03 | HUFFMAN | RICK | L | | 03 | 01 | | | | M | B | 1 | 1 | | 01 | 03 | | |
| 04 | COOPER | JAMES | S | | 03 | 02 | | | | M | B | 1 | 3 | | 01 | 03 | | |

**Occupant Type Codes:**
01 Driver
02 Passenger
03 Occupant of Motor Veh Not in Transport
04 Unknown Vehicle Passenger

**Gender:**
M Male
F Female

**Injury Status Codes:**
K Killed
O No Injury
A Incapacitating Injury
B Non-Incapacitating Injury
C Possible Injury
M Medical Condition Non-Crash Related Death or Injury

**Seating Position Codes:**

ROW
1 Front
2 Second
3 Third
4 Fourth
5 Other Row
6 Unknown

SEAT
1 Left
2 Middle
3 Right
4 Other
5 Unknown

OTHER
1 Sleeper Section of Cab
2 Other Enclosed Cargo Area
3 Unenclosed Cargo Area
4 Trailing Unit
5 Riding on Motor Vehicle Exterior
6 Unknown

**Type of Occupant Protection System Used Codes:**
01 None Used
02 Shoulder and Lap Belt Used
03 Shoulder Belt Only Used
04 Lap Belt Only Used
05 Child Restraint System - Forward Facing
06 Child Restraint System - Rear Facing
07 Booster Seat
08 Helmet Used
09 Restraint Used - Type Unknown
10 Other
11 Unable to Determine - Due to Vehicle Damage

**Proper Use of Occupant Protection:**
01 Used Properly
02 Used Improperly
03 Unknown

**DOT Approved Helmet:**
01 Yes   02 No   03 Unknown

| Indiv # from Above | Airbag | Trapped Extricated | Ejected | Ejection Path | Medical Transport By | Responding EMS Agency ID # | EMS Response Run Number | Receiving Facility Name | Notified Time | Scene Time | Hospital Time | Date of Death | Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 01 | | 02 | K132 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0753 | 0808 | 0835 | | |
| 02 | 05 | 01 | 01 | | | | | | | | | | |
| 03 | 01 | 01 | 01 | | 02 | K91 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0746 | 0751 | 0815 | | |
| 04 | 01 | 01 | 01 | | 02 | K104 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0800 | 0817 | 0850 | | |

**Airbag Deployed Codes:**
DEPLOYED (This Seat):
01 Front
02 Side
03 Other
04 Multiple Directions (Front and Side)
10 Unable to Determine - Due to Vehicle Damage

NOT DEPLOYED (This Seat):
05 Available, Didn't Deploy
06 Available, Turned Off
07 None Installed
08 Previously Deployed - Not Replaced
09 Disabled or Removed

**Trapped / Extricated Codes:**
01 Not Trapped
02 Trapped / Extricated
03 Unknown

**Medically Transported By:**
01 Not Transported
02 EMS

**Ejection Codes:**
01 Not Ejected
02 Ejected, Partially
03 Ejected, Totally
04 Unknown

**Ejection Path:**
01 Thru Side Door Opening
02 Thru Side Window
03 Thru Windshield
04 Thru Back Window
05 Thru Back Door / Tailgate Opening
06 Thru Roof Opening
07 Thru Convertible (Top Up) Roof
08 Other Path
09 Unknown Path

03 Law Enforcement
04 Refused
05 Other
06 Unknown

**Place of Victim's Death:**
01 At Scene
02 En Route
03 At Medical Facility
04 Home
05 Other