# DECLARATIONS

ERIE INS PROP/CAS CO
COMMERCIAL AUTO POLICY
PREFERRED
NON-FLEET



100 Erie Insurance Place
Erie, PA 16530

AMENDED DECLARATIONS 02 * * EFFECTIVE 06/17/19
ATTACH THIS TO YOUR POLICY.

REASON FOR AMENDMENT    - AUTO 13 AND LIENHOLDER ADDED

| Agent | ITEM 2. Policy Period | Policy Number |
|---|---|---|
| EE1040   WHITE INS & ASSOC INC | 02/08/19 TO 02/08/20 | Q02 5830178 W7 |

**ITEM 1. Named Insured and Address**
PISON MANAGEMENT LLC
717 BRAWLEY WALKWAY
CHARLESTON WV  25301-2201


228842067

**ITEM 3. Other Interest**
AS LISTED BELOW

---

ADDED AUTO    13    19 RAM   PU               1C6RR7FTXKS541983

ITEM 4. AUTOS COVERED

| AUTO | YR | MAKE | VIN | ST | TER | SYM | CM CL | RATING | CLASS |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 04 | CHEV SILVERADO | 1GCHK24U64E104071 | WV | 2F | S6 | | | 8 |
| 11 | 00 | HIRED AUTO | IF ANY | WV | 2F | | | | |
| 12 | 00 | NON-OWNED AUTO | 1 - 25 EMPLS | WV | 2F | | | | |
| 13 | 19 | RAM  PU | 1C6RR7FTXKS541983 | WV | 2F | T1 | | | 6 |

ITEM 5. INSURANCE IS PROVIDED WHERE A PREMIUM, OR INCL, IS SHOWN FOR THE
         COVERAGE.  COVERAGES, LIMITS AND ANNUAL PREMIUMS ARE AS FOLLOWS-

          M EQUALS THOUSAND $              # 10    # 11    # 12    # 13

LIABILITY PROTECTION-
   BOD INJ & PROP DAMAGE $1000M/ACC
HIRED AUTOS LIABILITY-
   BOD INJ & PROP DAMAGE $1000M/ACC
EMPLOYERS NON-OWNED AUTOS LIABILITY-
   BOD INJ & PROP DAMAGE $1000M/ACC
MEDICAL PAYMENTS-
   $5M/PERSON
UNINSURED MOTORISTS COVERAGE-
   BOD INJ & PROP DAMAGE $1000M/ACC-$300 DED
UNDERINSURED MOTORISTS COVERAGE-
   BOD INJURY & PROPERTY DAMAGE $1000M/ACC
PHYSICAL DAMAGE COVERAGES-
   COMPREHENSIVE - $500 DED
   COLLISION - $500 DED
OPTIONAL COVERAGES-
   ROAD SERVICE
   TRANSP EXPENSES - COMP $30/DAY, $1350/LOSS
   TRANSP EXPENSES - COLL $30/DAY, $1350/LOSS

TOTAL ANNUAL PREMIUM FOR EACH AUTO
SURCHARGE IMPOSED BY THE STATE OF WV
TOTAL ANNUAL POLICY PREMIUM                   $

ADDITIONAL CHARGE DUE TO THIS CHANGE          $

ITEM 6. APPLICABLE POLICY, ENDORSEMENTS, EXCEPTIONS TO DECLARATIONS ITEMS
   ALL AUTOS - CAP 04/96, AHWU01 01/11, ACWA01 05/13, UF9525 10/18, UF4839 10/16.
   AUTO 10 - ABBB01 08/88.
   AUTO 13 - ABBB01 08/88*.

                    See Reverse Side                  EXHIBIT
                                                      tabbies' __U__

                                                              K31    06/25/19

```
****************************************************************************
*UNINSURED AND UNDERINSURED MOTORISTS COVERAGES ARE IMPORTANT TO YOU. YOU MAY*
*PURCHASE LIMITS UP TO $100,000/$300,000 OR YOUR LIABILITY LIMITS, WHICHEVER *
*IS GREATER.  OR, FOR A REDUCED PREMIUM, YOU MAY LOWER YOUR LIMITS OR REJECT *
*UNDERINSURED MOTORISTS COVERAGE ENTIRELY.  TO MAKE ANY CHANGES, CONTACT YOUR*
*ERIE AGENT.                                                                 *
****************************************************************************
```

MISCELLANEOUS INFORMATION

   VEHICLES - RADIUS OF OPERATIONS - 51-100 MILES
   ----------------------------------------------
   010  013

ITEM 7.  EACH AUTO WE INSURE WILL BE PRINCIPALLY GARAGED AT THE ADDRESS SHOWN
IN ITEM 1, UNLESS ANOTHER ADDRESS IS SHOWN BELOW.

ITEM 8.  EACH AUTO WE INSURE IS USED IN THE BUSINESS AS SHOWN BELOW.

   ITEM 8 REAL ESTATE MANAGEMENT COMPANY

ITEM 9.  UNLESS OTHERWISE INDICATED BELOW, THE NAMED INSURED IS THE SOLE
OWNER OF EACH AUTO WE INSURE.

   LIENHOLDER FOR AUTO  13

   [redacted]

Q02 5830178