# State of West Virginia Uniform Traffic Crash Report
## Crash Data

DOH Form: 17-c
Revised: 02/2007

**Crash Record Number:** [blank]
**Reporting Agency's Record Number:** 2019-00030673
**Page** 1 **of** 16

**# of Vehicles Involved:** 3
**# of Non-Motorists Involved:** 0
**# of Fatal Injuries:** 0
**# of A B or C Injuries:** 3

**Date / Time of Crash:** 08/09/2019 / 0745
**Date / Time Crash Reported:** 08/09/2019 / 0746
**Time of Arrival:** 0806

**County:** KANAWHA
**Municipality or Place of Crash:** SISSONVILLE
**GPS Coordinates:** Latitude [blank] Longitude [blank]

**Highway Class:**
○ Interstate ○ US ○ WV
● County/HARP ○ City Street ○ State Park / Forest Road
○ Private Road ○ Private Property/Off-Roadway ○ Other

**Supplemental Designation:**
○ Not Applicable ○ Spur ○ North ○ East ○ Truck Route ○ Other
○ Alternate ○ Ramp ○ South ○ West ○ Toll

**Route:** 021 / 00
**Milepost:** [blank]
**Ramp:** [blank]
**Street:** SISSONVILLE DRIVE
**Other Description of Location:** BOX 7014
**Intersecting Street:** [blank]

**Relation to Junction / Junction Type:**
● Non-Junction ○ Junction, Non-Interchange Area ○ Junction, Interchange Area
- Intersection — Thru Roadway
- Intersection-Related — Merge/Diverge Area
- Interstate to Interstate — Intersection
- Railroad Grade Crossing #: — Intersection-Related
- Median Crossover-Related — Entrance / Exit Ramp
- Business or Residential Driveway/Alley Access — Other Part of Interchange
- Other Non-Interchange

**Intersection Type:**
○ 4-Way Intersection
○ T Intersection
○ Y Intersection
○ Intersection as Part of Interchange
○ Traffic Circle / Roundabout
○ 5-Point or More

**Manner of Collision:**
○ Single Vehicle Crash
○ Rear End
● Head-On
○ Sideswipe, Same Direction
○ Sideswipe, Opposite Direction
○ Rear-to-Side
○ Rear-to-Rear
○ Angle (Front to Side) Same Direction
○ Angle (Front to Side) Opp. Direction
○ Right Angle
○ Angle - Direction Not Specified

**Environmental Contributing Circumstances (Select Up to 3):**
☒ None
○ Weather Conditions
○ Physical Obstruction(s)
○ Glare
○ Animal(s) in Roadway
  Type: [blank]
○ Other: [blank]

**Weather (Select Up to 2):**
○ Clear ○ Rain ○ Blowing Snow ○ Other
☒ Cloudy ○ Sleet, Hail, or Freezing Rain ○ Severe Crosswinds
○ Fog, Smog, Smoke ○ Snow ○ Blowing Sand, Soil, Dirt

**Lighting:**
● Daylight ○ Dawn
○ Dark - Lighted ○ Dusk
○ Dark - Not Lighted ○ Other [blank]

**Roadway Surface Condition:**
● Dry ○ Slush ○ Mud, Dirt, Gravel, Sand
○ Wet ○ Ice / Frost
○ Snow ○ Water (Standing / Moving)

**Location of First Harmful Event:**
● On Roadway ○ Roadside ○ In Parking Lane or Zone ○ Outside of Right-of-Way
○ Shoulder ○ Gore ○ Off Roadway, Location Unknown
○ Median ○ Separator ○ Unknown

**Roadway Surface Type:** ● Asphalt ○ Concrete ○ Gravel ○ Dirt ○ Brick ○ Other: [blank]

**First Harmful Event:**
○ Overturn / Rollover
○ Fire / Explosion
○ Immersion
○ Jackknife
○ Cargo / Equipment Loss or Shift
○ Fell / Jumped from Motor Veh
○ Thrown or Falling Object
○ Other Non-Collision

**COLLISION WITH:**
○ Pedestrian
○ Pedalcycle
○ Railway Vehicle
○ Animal
● Motor Vehicle in Transport
○ Parked Motor Vehicle
○ Work Zone / Maintenance Equip
○ Other Non-Fixed Object
○ Impact Attenuator / Crash Cushion

○ Bridge Overhead Structure
○ Bridge Pier or Support
○ Bridge Rail
○ Culvert
○ Curb
○ Ditch
○ Embankment
○ Guardrail Face
○ Guardrail End
○ Cable Median Barrier

○ Concrete Traffic Barrier
○ Other Traffic Barrier
○ Tree (Standing)
○ Utility Pole/Light Support
○ Traffic Sign Support
○ Traffic Signal Support
○ Other Post, Pole, or Support
○ Fence
○ Mailbox
○ Other Fixed Object





KCS00001

**Crash Record Number** [ ]    *Reporting Agency's Record Number:* 2019-00030673    *Page* 2 *of* 16

### Road - Contributing Circumstances: (Select Up to 3)
- ☒ None
- ☐ Road Surface Condition (Wet, Icy, etc.)
- ☐ Debris
- ☐ Ruts, Holes, Bumps
- ☐ Worn, Travel Polished Surface
- ☐ Obstruction in Roadway
- ☐ Pavement Markings Not Visible

**Shoulders:** ☐ None ☐ Low ☐ Soft ☐ High
☐ Problem w/ Traffic Control Device
  ☐ Inoperative ☐ Missing ☐ Obscured

**Work Zone**  ☐ Utility
☐ Construction
☐ Maintenance
☐ Non-Highway Work
☐ Other [ ]

**School Bus Related:**
● No
☐ Yes, School Bus Directly Involved
☐ Yes, School Bus Indirectly Involved

**School Zone Related:**
● No
☐ Yes

**Type of School Zone Sign:**
☐ When Present ☐ None
☐ When Flashing
☐ Lists Specific Times

**School Zone Flashers:**
☐ Present, Not Active
☐ Present, Active
☐ Not Present

**School Zone Speed Limit:** [ ]

**Work Zone Related:**
● No
☐ Yes

**Workers Present:**
☐ Yes
☐ No
☐ Unknown

**Work Zone Speed Limit:** [ ]

**Location of Crash in Work Zone:**
☐ Before 1st Warning Sign ☐ Activity Area
☐ Advance Warning Area ☐ Termination Area
☐ Transition (Merge) Area

**Type of Work Zone:**
☐ Lane Closure
☐ Lane Shift / Crossover
☐ Work on Shoulder or in Median
☐ Intermittent or Moving Work
☐ Other

**NARRATIVE:** Describe What Happened. Refer to Vehicles by Number Assigned on this Form.

ON FRIDAY, AUGUST 09, 2019 AT APPROXIMATELY 07:46 A.M., I WAS DISPATCHED BY METRO COMMUNICATIONS TO 7014 SISSONVILLE DRIVE IN SISSONVILLE, KANAWHA COUNTY, IN REFERENCE TO A 3-VEHICLE CRASH WITH INJURY.

UPON MY ARRIVAL, I OBSERVED THE FOLLOWING: VEHICLE 1 RESTING IN A CREEK BED ALONG THE RIGHT SHOULDER OF THE ROADWAY (NORTH BOUND LANE); VEHICLE 2 STOPPED IN THE NORTH BOUND LANE OF TRAFFIC, APPROXIMATELY FORTY YARDS NORTH OF WHERE VEHICLE 1 AND VEHICLE 3 WERE LOCATED; AND VEHICLE 3 TO BE STOPPED IN THE NORTH BOUND LANE, WITH IT RESTING SIDEWAYS IN ITS LANE. I EXAMINED THE SCENE AND OBSERVED THE FOLLOWING: MARKINGS FROM VEHICLE 1 TRAVELING FROM NEAR THE CENTER LINE (SOUTH BOUND) IN TO THE NORTH BOUND LANE OF TRAFFIC; DEBRIS FROM VEHICLE 1 AND VEHICLE 3 LYING IN THE NORTH BOUND LANE OF TRAFFIC; TIRE MARKINGS FROM VEHICLE 2, WHICH WERE IN THE NORTH BOUND LANE JUST ABOVE THE DEBRIS LOCATION. I EXAMINED VEHICLE 1 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD TO BE DAMAGED; AND FRONT INSIDE AIRBAG DEPLOYMENT. I EXAMINED VEHICLE 2 AND OBSERVED THE FOLLOWING: THE VEHICLE ITSELF WAS NOT DAMAGED. HOWEVER, THE METAL OPEN FACE STYLE TRAILER'S REAR DRIVER SIDE WHEEL AND TRAILER AREA WAS DAMAGED. I EXAMINED VEHICLE 3 AND OBSERVED THE FOLLOWING: HEAVY FRONT-END DAMAGE; HEAVY DAMAGE TO BOTH FRONT FENDER AREAS; WINDSHIELD DAMAGE; AND INSIDE FRONT AIRBAG DEPLOYMENT. DIGITAL PHOTOGRAPHS OF THE SCENE WERE TAKEN.

VEHICLE 1 WAS TRAVELING SOUTH NEAR 7014 SISSONVILLE DRIVE. VEHICLE 1 TRAVELED LEFT OF CENTER INTO THE NORTH BOUND LANE OF TRAFFIC. VEHICLE 1'S FRONT DRIVER SIDE AREA STRUCK THE REAR DRIVER SIDE TRAILER AREA OF VEHICLE 2. THEN, VEHICLE 1 TRAVELED SOUTH IN THE NORTH BOUND LANE AND THEN ITS FRONT-END IT STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 TRAVELED OFF THE LEFT SIDE OF THE ROADWAY AND CAME TO A REST IN A CREEK BED.

DUE TO INJURIES, DRIVER 1, DRIVER 3, AND PASSENGER 1 (VEHICLE 3) WERE TRANSPORTED FROM THE SCENE TO C.A.M.C. GENERAL HOSPITAL IN CHARLESTON.

WITNESS 1, TERRI CHAPMAN (304-550-8792), PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, SHE STATED THE FOLLOWING: SHE HAD BEEN TRAVELING SOUTH ON SISSONVILLE DRIVE PRIOR TO THE INCIDENT AND OBSERVED IT TO TRAVEL LEFT OF CENTER. THEN, AT THE CRASH LOCATION, SHE OBSERVED VEHICLE 1 TRAVEL LEFT OF CENTER AND STRIKE THE REAR OF VEHICLE 2'S TRAILER. THEN, VEHICLE 1 PROCEEDED TO TRAVEL SOUTH IN THE NORTH BOUND LANE. VEHICLE 1 STRUCK THE FRONT OF VEHICLE 3 AND THEN LANDED IN THE CREEK.

WITNESS 2, RYAN WHITE (304-541-8505), PROVIDED CPL. J. W. EARY WITH A RECORDED STATEMENT OF THE INCIDENT. AT WHICH TIME, HE STATED THE FOLLOWING: AS HE WAS TRAVELING NORTH ON SISSONVILLE DRIVE, HE OBSERVED VEHICLE 1 TRAVEL ACROSS THE CENTER LINE AND STRIKE VEHICLE 2'S TRAILER. THEN, VEHICLE 1 CONTINUED SOUTH IN THE NORTH BOUND LANE AND STRUCK THE FRONT OF VEHICLE 3. VEHICLE 1 CAME TO A REST IN THE CREEK.

VEHICLE 1, VEHICLE 2'S TRAILER, AND VEHICLE 3 WERE TOWED FROM THE SCENE BY CHARLESTON AUTO. THEY WERE TOWED TO THEIR LOT IN SISSONVILLE.

I CLEARED FROM THE SCENE AND TRAVELED TO C.A.M.C. GENERAL HOSPITAL. UPON MY ARRIVAL, I OBTAINED AN AUDIO-RECORDED STATEMENT WITH DRIVER 3. ALSO, I OBTAINED AN AUDIO-RECORDED STATEMENT FROM PASSENGER 1 OF VEHICLE 3. HOWEVER, DUE TO DRIVER 1'S MEDICAL CONDITION (S.T.I.C.U. FLOOR), I WAS UNABLE TO OBTAIN A RECORDED STATEMENT.

**Reported By:** ☐ State Police  ● Sheriff's Dept  ☐ Municipal PD  ☐ Other
**Photos Taken:** ● Yes ☐ No   **By Whom:** J. W. EARY
**Video Taped:** ☐ Yes ● No   **By Whom:** [ ]

The information contained in this report reflects my best knowledge and judgment.

**Investigating Officer's Name:** J.L. MILLER    **Number:** 64    **Signature:** [ ]
**Phone:** (304) 357-0169    **ORI Number:** WV0200000    **Agency:** Kanawha Co SD
**Assisting Officer's Name(s):** J. W. EARY
**Reconstructed:** ☐ Yes ● No   **By Whom:** [ ]   **Date of Submission:** 08/09/2019

# State of West Virginia Uniform Traffic Crash Report
## *Diagram*

DOH Form: 17-dgrm
Revised: 02/2007

**Crash Record Number:**

**Reporting Agency's Record Number:** 2019-00030673

Page 3 of 16

**CRASH DIAGRAM:**
(Draw Crash Scene - Including Roadway Layout, Vehicles, Individuals or Objects Struck, Traffic Controls, etc.)
IMPORTANT: Number Vehicles According to the Numbers Assigned on this Form.

| From RP to: | N/S | E/W |
|---|---|---|
| | | |

# NO DIAGRAM

KCS00003

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form: 17-veh
Revised: 02/2007

**Crash Record Number:** _____   **Vehicle Number:** 01   **Reporting Agency's Record Number:** 2019-00030673   **Page** 4 **of** 16

**Vehicle Type:** ● Motor Veh in Transport   ○ Parked Motor Veh / Trailer   ○ Working Veh / Equipment

**Hit and Run:** ● No, Did Not Leave Scene   ○ Yes, Driver Left Scene   ○ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:** ● Driver Operated Vehicle   ○ Driverless Vehicle

**Owner's Name(s):** WHITE, THELMA CRYSTAL

**Address:** 122 BRUCE ROAD   **City:** KENNA   **State:** WV   **Zip Code:** 25248   **Home Phone:** (304) 532-8641   **Other Phone:** _____

| Make | Model | Model Year | Body Type | Color | Registration Status | Proof of Liability Insurance | Ins. Co: STATE FARM |
|---|---|---|---|---|---|---|---|
| TOYOTA | COROLLA | 2008 | SEDAN, 4-DOOR | WHITE | ● Properly Registered<br>○ Improperly Registered<br>○ No Registration Required | ●Yes ○No<br>○Not Req | Policy No: 1351589E0648 |

**VIN:** 2T1BR32E28C913773   **Plate Class:** A   **License Plate Number:** 2PX470   **State:** WV   **Reg Year:** 2020   **Exp Date:** 11/06/2019

**Ins. Agent Name or Phone:** 304-372-9117

**Special Function of Motor Vehicle:**
● None   ○ Police   ○ Courtesy Patrol
○ Used as School Bus   ○ Ambulance   ○ Taxi
○ Used as Other Bus   ○ Fire Truck   ○ Military

**Used as an Emergency Vehicle:** ● No   ○ Yes

**Vehicle Used as a Bus:**
○ Public School Bus   ○ Commuter Bus   ○ Tour Bus
○ Private School Bus   ○ Shuttle Bus   ○ Church Bus
○ Scheduled Service Bus   ○ Modified for Personal/Private Use

**Vehicle Impact Role:**
● Striking   ○ Single Vehicle
○ Struck   ○ Both

**Direction of Travel Before Crash:**
○ Northbound   ○ Eastbound   ○ Not on Road
● Southbound   ○ Westbound   ○ Unknown

**Applicable Speed Limit (MPH):** 40

**Roadway Description:**
● Two-Way, Not Divided
○ Two-Way, Not Divided w/ Cont. Left Turn Lane
○ Two-Way, Divided, Unprotected Median
○ Two-Way, Divided, with Median Barrier
○ One-Way Roadway

**Total Lanes in Roadway:**
For Undivided Highways: Count Total Lanes in Both Directions. (Excluding Designated Turn Lanes)
For Divided Highways: Count Only Lanes in Direction Vehicle was Traveling Prior to Crash. 2

**Traffic Control Device Type:**
● None   ○ Yield Sign
○ Person (Flagger, etc.)   ○ School Zone Signs
○ Traffic Control Signal   ○ Warning Signs
○ Flashing Overhead Signal   ○ Railroad Crossing Device
○ Stop Sign   ○ Other

**Horizontal Alignment:**
○ Straight   ○ Curve Right
● Curve Left

**Vertical Alignment:**
● Level   ○ Uphill   ○ Sag (Bottom)
○ Hillcrest   ○ Downhill

**Veh Travel Speed (MPH):** _____

**Underride / Override:**
● No Underride or Override
○ Underride, Compartment Intrusion
○ Underride, No Compartment Intrusion
○ Underride, Compartment Intrusion Unknown
○ Override, Motor Vehicle in Transport
○ Override, Other Motor Vehicle

**Extent of Damage:**
○ No Damage
○ Minor Damage
○ Functional Damage
● Disabling Damage

**Traffic Control Functioning Properly:** ○ Yes   ○ No

**Vehicle Maneuver / Action:**
● Essentially Straight Ahead   ○ Making U-Turn
○ Backing   ○ Slowing
○ Changing Lanes   ○ Stopped in Traffic
○ Overtaking / Passing   ○ Leaving Traffic Lane
○ Parked   ○ Entering Traffic Lane
○ Turning Right   ○ Negotiating a Curve
○ Turning Left   ○ Other

**Crash Avoidance Maneuver:**
● None Evident or Reported
○ Braking - Skidmarks Evident
○ Braking - Driver Stated
○ Braking - Other Evidence
○ Steering - Evidence or Stated
○ Steering and Braking
○ Other

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
☒ None   ○ Tires
○ Brakes   ○ Wheels
○ Wipers   ○ Lights (Head, Signal, Tail, etc.)
○ Steering   ○ Windows
○ Power Train   ○ Truck Coupling/Trailer Hitch/Safety Chains
○ Mirrors
○ Suspension   ○ Other

**GVWR or GCWR:**
● Less Than or Equal To 10,000lbs
○ 10,001 - 26,000 lbs
○ More Than 26,000lbs

**Number of Axles:** 02

**Total / Max Occupants of Veh:** 0 1 / 0 5

**Displaying Hazardous Materials Placard:**
● No
○ Yes

**Occurrence of Fire:**
● No Fire
○ Yes, Vehicle Caught Fire

**Modified Vehicle:**
● No
○ Yes

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:**
● No   ○ Yes

**Manner, in which Vehicle was Removed from Scene:**
○ Driven   ● Towed Due to Damage   ○ Towed Due to Driver Condition   ○ Left at Scene

**Towed to:** CHARLESTON AUTO   **Towed by:** CHARLESTON AUTO

| Crash Record Number: | Vehicle Number: 01 | Reporting Agency's Record Number: 2019-00030673 | Page 5 of 16 |

**Crash Events:**
- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision

**COLLISION WITH:**
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

**Sequence of Events:** 19, 09

**Most Harmful Event:** 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- Single Unit Vehicle (selected) — damage marked at 11, 10, 2 (X marks)
- Motorcycle
- ATV
- Pass. Veh, Towing Unit
- Bus
- Tractor Trailer

13 Top / 14 Undercarriage

Using the Numbers from the Diagram Above, Identify the Following:
Area of Initial Impact: ___ Most Damaged Area: 12

**Property Damaged Other Than Vehicles:**
- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole / Light Support  #: ___
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

**Damaged Property Owner(s):**
- ☐ WVDOH   ☐ Private
- ☐ City    ☐ Utility Company
- ☐ Other: ___

**Damaged Property Location:**
- ☉ On Pavement
- ☐ Right Side of Road
- ☐ Left Side of Road

Number of Trailing Units: 0

**Trailing Unit #1:** ☐ Same as Power Unit   Carrier / Owner's Name: ___
Address: ___ City ___ State ___ Zip Code ___ Phone: ___
VIN ___ Plate Class ___ License Plate Number ___ State ___ Year ___ Make ___ Model ___ Model Year ___ Body Type ___

**Trailing Unit #2:** ☐ Same as Power Unit   Carrier / Owner's Name: ___
Address: ___ City ___ State ___ Zip Code ___ Phone: ___
VIN ___ Plate Class ___ License Plate Number ___ State ___ Year ___ Make ___ Model ___ Model Year ___ Body Type ___

**Trailing Unit #3:** ☐ Same as Power Unit   Carrier / Owner's Name: ___
Address: ___ City ___ State ___ Zip Code ___ Phone: ___
VIN ___ Plate Class ___ License Plate Number ___ State ___ Year ___ Make ___ Model ___ Model Year ___ Body Type ___



# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number (from Vehicle Data Page):** 01
**Page** 6 **of** 16
**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** WHITE (Last)  THELMA (First)  CRYSTAL (Middle)  ___ (Suffix)

**Address:** ● Same as Veh Owner  122 BRUCE ROAD  KENNA (City)  WV (State)  25248 (Zip Code)

**Home Phone:** (304) 532-8641  **Other Phone:** ___

### Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: ○ A ○ B ○ C

**Issuing State:** WV
**Lic. Number:** E210348
**Date of Birth:** ___

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other ___

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other ___

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☐ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☒ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other: ___

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ ___
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ DRE
- ○ Serum
- ○ Urine
- ○ Other ___

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

### Driver Distracted By:
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

KCS00006

**Crash Record Number:** _____   **Vehicle Number (from Vehicle Data Page)** 01   **Page** 7 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Known or Suspected Violation(s) by Driver:**

- ☐ No Violations

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☒ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☒ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**STATEMENT OF DRIVER:**
DUE TO DRIVER'S MEDICAL CONDITION, SHE WAS UNABLE TO SPEAK TO PROVIDE A RECORDED STATEMENT.

KCS00007

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form: 17-veh
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number:** 02
**Reporting Agency's Record Number:** 2019-00030673
**Page** 8 **of** 16

**Vehicle Type:** ● Motor Veh in Transport  ○ Parked Motor Veh / Trailer  ○ Working Veh / Equipment

**Hit and Run:** ● No, Did Not Leave Scene  ○ Yes, Driver Left Scene  ○ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:** ● Driver Operated Vehicle  ○ Driverless Vehicle

**Owner's Name(s):** PISON MANAGEMENT

**Address:** 717 BRAWLEY WALKWAY  **City:** CHARLESTON  **State:** WV  **Zip Code:** 25301  **Home Phone:** (304) 342-2766  **Other Phone:** _____

| Make | Model | Model Year | Body Type | Color |
|---|---|---|---|---|
| CHEVROLET | SILVERADO | 2004 | PICKUP | BLUE |

**VIN:** 1GCHK24U64E104071  **Plate Class:** A  **License Plate Number:** 2RF684  **State:** WV  **Reg Year:** 2020

**Registration Status:** ● Properly Registered  ○ Improperly Registered  ○ No Registration Required

**Proof of Liability Insurance:** ● Yes  ○ No  ○ Not Req

**Ins. Co:** ERIE
**Policy No:** Q025830178W
**Exp Date:** 02/01/2020
**Ins. Agent Name or Phone:** 3049266662

**Special Function of Motor Vehicle:**
● None  ○ Police  ○ Courtesy Patrol
○ Used as School Bus  ○ Ambulance  ○ Taxi
○ Used as Other Bus  ○ Fire Truck  ○ Military

**Used as an Emergency Vehicle:** ○ No  ○ Yes

**Vehicle Used as a Bus:**
○ Public School Bus  ○ Commuter Bus  ○ Tour Bus
○ Private School Bus  ○ Shuttle Bus  ○ Church Bus
○ Scheduled Service Bus  ○ Modified for Personal/Private Use

**Vehicle Impact Role:**
○ Striking  ○ Single Vehicle
● Struck  ○ Both

**Direction of Travel Before Crash:**
● Northbound  ○ Eastbound  ○ Not on Road
○ Southbound  ○ Westbound  ○ Unknown

**Applicable Speed Limit (MPH):** 40

**Roadway Description:**
● Two-Way, Not Divided  ○ Two-Way, Divided, Unprotected Median
○ Two-Way, Not Divided w/ Cont. Left Turn Lane  ○ Two-Way, Divided, with Median Barrier
○ One-Way Roadway

**Total Lanes in Roadway:**
For Undivided Highways: Count Total Lanes in Both Directions. (Excluding Designated Turn Lanes)
For Divided Highways: Count Only Lanes in Direction Vehicle was Traveling Prior to Crash. **2**

**Traffic Control Device Type:**
● None  ○ Yield Sign
○ Person (Flagger, etc.)  ○ School Zone Signs
○ Traffic Control Signal  ○ Warning Signs
○ Flashing Overhead Signal  ○ Railroad Crossing Device
○ Stop Sign  ○ Other

**Horizontal Alignment:**
○ Straight  ● Curve Right
○ Curve Left

**Vertical Alignment:**
● Level  ○ Uphill  ○ Sag (Bottom)
○ Hillcrest  ○ Downhill

**Veh Travel Speed (MPH):** _____

**Traffic Control Functioning Properly:** ○ Yes  ○ No

**Underride / Override:**
● No Underride or Override  ○ Underride, Compartment Intrusion Unknown
○ Underride, Compartment Intrusion  ○ Override, Motor Vehicle in Transport
○ Underride, No Compartment Intrusion  ○ Override, Other Motor Vehicle

**Extent of Damage:**
● No Damage
○ Minor Damage
○ Functional Damage
○ Disabling Damage

**Vehicle Maneuver / Action:**
● Essentially Straight Ahead  ○ Making U-Turn
○ Backing  ○ Slowing
○ Changing Lanes  ○ Stopped in Traffic
○ Overtaking / Passing  ○ Leaving Traffic Lane
○ Parked  ○ Entering Traffic Lane
○ Turning Right  ○ Negotiating a Curve
○ Turning Left  ○ Other

**Crash Avoidance Maneuver:**
● None Evident or Reported
○ Braking - Skidmarks Evident
○ Braking - Driver Stated
○ Braking - Other Evidence
○ Steering - Evidence or Stated
○ Steering and Braking
○ Other

**Contributing Circumstances, Motor Vehicle (Select up to 2):**
☒ None  ○ Tires
○ Brakes  ○ Wheels
○ Wipers  ○ Lights (Head, Signal, Tail, etc.)
○ Steering  ○ Windows
○ Power Train  ○ Truck Coupling/Trailer Hitch/Safety Chains
○ Mirrors
○ Suspension  ○ Other

**GVWR or GCWR:**
● Less Than or Equal To 10,000lbs
○ 10,001 - 26,000 lbs
○ More Than 26,000lbs

**Number of Axles:** 02
**Total / Max Occupants of Veh:** 0 1 / 0 3

**Displaying Hazardous Materials Placard:**
● No
○ Yes

**Occurrence of Fire:**
● No Fire
○ Yes, Vehicle Caught Fire

**Modified Vehicle:**
● No
○ Yes

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:**
● No  ○ Yes

**Manner, in which Vehicle was Removed from Scene:**
○ Driven  ● Towed Due to Damage  ○ Towed Due to Driver Condition  ○ Left at Scene

**Towed to:** CHARLESTON AUTO
**Towed by:** CHARLESTON AUTO

| Crash Record Number: | | Vehicle Number: 02 | Reporting Agency's Record Number: 2019-00030673 | Page 9 of 16 |
|---|---|---|---|---|

**Crash Events:**
- 01 Overturn / Rollover
- 02 Fire / Explosion
- 03 Immersion
- 04 Jackknife
- 05 Cargo/Equipment Loss or Shift
- 06 Equipment Failure
- 07 Separation of Units
- 08 Ran Off Road Right
- 09 Ran Off Road Left
- 10 Cross Median / Centerline
- 11 Downhill Runaway
- 12 Fell / Jumped from Motor Vehicle
- 13 Thrown or Falling Object
- 14 Other Non-Collision

**COLLISION WITH:**
- 15 Pedestrian
- 16 Pedalcycle
- 17 Railroad Vehicle
- 18 Animal
- 19 Motor Vehicle in Transport
- 20 Parked Motor Vehicle
- 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh
- 22 Work Zone / Maintenance Equip
- 23 Other Non-Fixed Object
- 24 Impact Attenuator / Crash Cushion
- 25 Bridge/Overhead Structure
- 26 Bridge Pier or Support
- 27 Bridge Rail
- 28 Culvert
- 29 Curb
- 30 Ditch
- 31 Embankment
- 32 Guardrail Face
- 33 Guardrail End
- 34 Cable Median Barrier
- 35 Concrete Barrier
- 36 Other Traffic Barrier
- 37 Tree (Standing)
- 38 Utility Pole / Light Support
- 39 Traffic Sign Support
- 40 Traffic Signal Support
- 41 Other Post, Pole, or Support
- 42 Fence
- 43 Mailbox
- 44 Other Fixed Object

**Sequence of Events:** 19

**Most Harmful Event:** 19

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:
- Single Unit Vehicle
- Motorcycle
- ATV
- Pass. Veh, Towing Unit
- Bus
- Tractor Trailer
- 13 Top / 14 Undercarriage

**Property Damaged Other Than Vehicles:**
- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole / Light Support   #:
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

Using the Numbers from the Diagram Above, Identify the Following:   Area of Initial Impact:   Most Damaged Area:

**Number of Trailing Units:** 1

**Trailing Unit #1:** ☐ Same as Power Unit   Carrier / Owner's Name: SCOTT, JOHN

Address: 722 NORTH HILLS DR   City: CHARLESTON   State: WV   Zip Code: 25387   Phone: (304) 926-6662

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
| 4P7U610193F000530 | T | T420387 | WV | 2020 | LNW | | 2003 | OPEN BODY |

**Trailing Unit #2:** ☐ Same as Power Unit   Carrier / Owner's Name:

Address:   City:   State:   Zip Code:   Phone:

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Trailing Unit #3:** ☐ Same as Power Unit   Carrier / Owner's Name:

Address:   City:   State:   Zip Code:   Phone:

| VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Damaged Property Owner(s):**
- ☐ WVDOH   ☐ Private
- ☐ City   ☐ Utility Company
- ☐ Other:

**Damaged Property Location:**
- ☐ On Pavement
- ☐ Right Side of Road
- ☐ Left Side of Road

# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number (from Vehicle Data Page):** 02
**Page** 10 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** ELDER (Last) DEMETRIUS (First) S (Middle) ___ (Suffix)

**Address:** ☐ Same as Veh Owner — 5243 DALEWOOD DR LOT 186 — CROSS LANES (City) — WV (State) — 25313 (Zip Code)

**Home Phone:** (304) 926-6662 **Other Phone:** _____

### Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: ○ A ○ B ○ C

**Issuing State:** WV
**Lic. Number:** F822510
**Date of Birth:** ___

**License Restrictions:** (Select All that Apply)
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other _____

**Endorsements:** (Select Up to 5)
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other _____

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other: _____

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ Serum
- ○ Urine
- ○ Other _____
- ○ DRE

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

### Driver Distracted By:
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

KCS00010

**Crash Record Number:** [ ]  **Vehicle Number (from Vehicle Data Page)** 02  **Page** 11 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Known or Suspected Violation(s) by Driver:**

☒ No Violations

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**STATEMENT OF DRIVER:**
* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.

KCS00011

# State of West Virginia Uniform Traffic Crash Report
## Vehicle Data

DOH Form: 17-veh
Revised: 02/2007

**Crash Record Number:** ___
**Vehicle Number:** 03
**Reporting Agency's Record Number:** 2019-00030673
**Page** 12 **of** 16

**Vehicle Type:** ● Motor Veh in Transport ◎ Parked Motor Veh / Trailer ◎ Working Veh / Equipment

**Hit and Run:** ● No, Did Not Leave Scene ◎ Yes, Driver Left Scene ◎ Yes, Car and Driver Left Scene

**Driver Presence at Time of Crash:** ● Driver Operated Vehicle ◎ Driverless Vehicle

**Owner's Name(s):** HUFFMAN, RICK

**Address:** 301 RUCKER ST APT B  **City:** MADISON  **State:** WV  **Zip Code:** 25130  **Home Phone:** (304) 601-6129  **Other Phone:** ___

| Make | Model | Model Year | Body Type | Color | Registration Status | Proof of Liability Insurance | Ins. Co: W.V. NATIONAL AUTO |
|---|---|---|---|---|---|---|---|
| DODGE | CALIBER | 2007 | 4H | SILVER | ● Properly Registered ◎ Improperly Registered ◎ No Registration Required | ● Yes ◎ No ◎ Not Req | Policy No: WV1191936 |
| VIN | Plate Class | License Plate Number | State | Reg Year | | | Exp Date: 10/10/2019 |
| 1B3HB28B67D154828 | A | 84H271 | WV | 2020 | | | Ins. Agent Name or Phone: 304-296-0507 |

**Special Function of Motor Vehicle:** ● None

**Used as an Emergency Vehicle:** ◎ No ◎ Yes

**Vehicle Used as a Bus:** (all unchecked)

**Vehicle Impact Role:** ◎ Striking ● Struck ◎ Single Vehicle ◎ Both

**Direction of Travel Before Crash:** ● Northbound

**Applicable Speed Limit (MPH):** 40

**Roadway Description:** ● Two-Way, Not Divided

**Total Lanes in Roadway:** For Divided Highways: Count Only Lanes in Direction Vehicle was Traveling Prior to Crash: 2

**Traffic Control Device Type:** ● None

**Horizontal Alignment:** ● Curve Right (? — appears checked near Curve Right)
Actually: ◎ Straight ● Curve Right ◎ Curve Left

**Vertical Alignment:** ● Level

**Veh Travel Speed (MPH):** ___

**Traffic Control Functioning Properly:** ◎ Yes ◎ No

**Extent of Damage:** ● Disabling Damage

**Underride / Override:** ● No Underride or Override

**Vehicle Maneuver / Action:** ● Essentially Straight Ahead

**Crash Avoidance Maneuver:** ● None Evident or Reported

**Contributing Circumstances, Motor Vehicle:** ☒ None

**GVWR or GCWR:** ● Less Than or Equal To 10,000lbs

**Number of Axles:** 02

**Total / Max Occupants of Veh:** 02 / 05

**Displaying Hazardous Materials Placard:** ● No

**Occurrence of Fire:** ● No Fire

**Modified Vehicle:** ● No

**Vehicle is Primarily Used to Transport Goods, Property, or People for Commerce:** ● No

**Manner, in which Vehicle was Removed from Scene:** ● Towed Due to Damage

**Towed to:** CHARLESTON AUTO
**Towed by:** CHARLESTON AUTO

| Crash Record Number: | | Vehicle Number: 03 | Reporting Agency's Record Number: 2019-00030673 | Page 13 of 16 |
|---|---|---|---|---|

**Crash Events:**

| | | | | |
|---|---|---|---|---|
| 01 Overturn / Rollover | 10 Cross Median / Centerline | 19 Motor Vehicle in Transport | 29 Curb | 39 Traffic Sign Support |
| 02 Fire / Explosion | 11 Downhill Runaway | 20 Parked Motor Vehicle | 30 Ditch | 40 Traffic Signal Support |
| 03 Immersion | 12 Fell / Jumped from Motor Vehicle | 21 Struck by Falling / Shifting Cargo or Anything Set in Motion by Veh | 31 Embankment | 41 Other Post, Pole, or Support |
| 04 Jackknife | 13 Thrown or Falling Object | 22 Work Zone / Maintenance Equip | 32 Guardrail Face | 42 Fence |
| 05 Cargo/Equipment Loss or Shift | 14 Other Non-Collision | 23 Other Non-Fixed Object | 33 Guardrail End | 43 Mailbox |
| 06 Equipment Failure | **COLLISION WITH:** | 24 Impact Attenuator / Crash Cushion | 34 Cable Median Barrier | 44 Other Fixed Object |
| 07 Separation of Units | 15 Pedestrian | 25 Bridge/Overhead Structure | 35 Concrete Barrier | |
| 08 Ran Off Road Right | 16 Pedalcycle | 26 Bridge Pier or Support | 36 Other Traffic Barrier | **Sequence of Events:** 19 |
| 09 Ran Off Road Left | 17 Railroad Vehicle | 27 Bridge Rail | 37 Tree (Standing) | |
| | 18 Animal | 28 Culvert | 38 Utility Pole / Light Support | **Most Harmful Event:** 19 |

Select the ONE Diagram that best matches the involved vehicle and identify damaged areas:

- ● Single Unit Vehicle (X marks at positions 11 and 1)
- ○ Motorcycle
- ○ ATV
- ○ Pass. Veh, Towing Unit
- ○ Bus
- ○ Tractor Trailer

☐ 13 Top    ☐ 14 Undercarriage (for each)

Using the Numbers from the Diagram Above, Identify the Following:  Area of Initial Impact: 12   Most Damaged Area: 12

Number of Trailing Units: 0

**Trailing Unit #1:** ○ Same as Power Unit   Carrier / Owner's Name: 

Address: | | | | Phone: |
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |

**Trailing Unit #2:** ○ Same as Power Unit   Carrier / Owner's Name:

Address: | | | | Phone: |
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |

**Trailing Unit #3:** ○ Same as Power Unit   Carrier / Owner's Name:

Address: | | | | Phone: |
VIN | Plate Class | License Plate Number | State | Year | Make | Model | Model Year | Body Type |

**Property Damaged Other Than Vehicles:**
- ☒ None
- ☐ Work Zone / Maintenance Equipment
- ☐ Impact Attenuator / Crash Cushion
- ☐ Bridge / Tunnel
- ☐ Culvert
- ☐ Guardrail
- ☐ Concrete Barrier
- ☐ Cable Median Barrier
- ☐ Other Traffic Barrier
- ☐ Utility Pole / Light Support    #:
- ☐ Traffic Sign Support
- ☐ Traffic Signal Support
- ☐ Other Post, Pole or Support
- ☐ Fence
- ☐ Mailbox
- ☐ Other Fixed Object

**Damaged Property Owner(s):**
- ☐ WVDOH   ☐ Private
- ☐ City   ☐ Utility Company
- ☐ Other:

**Damaged Property Location:**
- ○ On Pavement
- ○ Right Side of Road
- ○ Left Side of Road

KCS00013



# State of West Virginia Uniform Traffic Crash Report
## Driver Data

DOH Form: 17-drv
Revised: 02/2007

**Crash Record Number:** _____
**Vehicle Number (from Vehicle Data Page):** 03
**Page** 14 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Driver's Name:** HUFFMAN (Last)   RICK (First)   L (Middle)   ___ (Suffix)

**Address:** ● Same as Veh Owner   301 RUCKER ST APT B   MADISON (City)   WV (State)   25130 (Zip Code)

**Home Phone:** (304) 601-6129   **Other Phone:** _____

### Driving License:

**License Type:**
- ○ Not Licensed
- ● Driving License
- ○ Instruction Permit
- ○ GDL Level 1
- ○ GDL Level 2
- ○ GDL Level 3
- ○ CDL Instruction Permit
- ○ Motorcycle Instruction Permit
- ○ Motorcycle Only
- ○ CDL Class: ○ A ○ B ○ C

**Issuing State:** WV
**Lic. Number:** E356031
**Date of Birth:** _____

**License Restrictions: (Select All that Apply)**
- ☒ None
- ☐ Corrective Lenses
- ☐ Mechanical Devices
- ☐ Prosthetic Aid
- ☐ Automatic Transmission
- ☐ Outside Mirror
- ☐ Limit to Daylight Only
- ☐ Limit to Employment
- ☐ Must Be Accompanied by Adult
- ☐ Limited - Other
- ☐ CDL Intrastate Only
- ☐ Motor Vehicles w/o Air Brakes
- ☐ Military Vehicles Only
- ☐ Except Class A Bus
- ☐ Except Class A and Class B Bus
- ☐ Except Tractor - Trailer
- ☐ Farm Waiver
- ☐ Other _____

**Endorsements: (Select Up to 5)**
- ☒ None
- ☐ T - Double/Triple Trailers
- ☐ P - Passenger Vehicle
- ☐ S - School Bus
- ☐ N - Tank Vehicle
- ☐ H - Hazardous Materials
- ☐ X - Combined Tank / Haz. Materials
- ☐ F - Motorcycle (WV Only)
- ☐ Other - Non-WV Licenses Only

**Status:**
- ● Valid
- ○ Expired
- ○ Suspended
- ○ Revoked
- ○ Probation
- ○ Surrendered
- ○ Valid/Interlock
- ○ Fraudulent

### Driver Condition at Time of Crash:
- ● Apparently Normal
- ○ Emotional
- ○ Ill
- ○ Fell Asleep, Fainted, Fatigued
- ○ Under the Influence of Medication/Alcohol/Drugs
- ○ Other _____

### Action(s) of Driver that Contributed to the Crash: (Select Up to 4)
- ☒ None
- ☐ Ran Off Road
- ☐ Failed to Yield Right of Way
- ☐ Disregarded Traffic Signs
- ☐ Ran Red Light
- ☐ Disregarded Other Road Markings
- ☐ Exceeded Posted Speed Limit
- ☐ Drove Too Fast For Conditions
- ☐ Improper Turn
- ☐ Improper Backing
- ☐ Improper Passing
- ☐ Wrong Side or Wrong Way
- ☐ Followed Too Closely
- ☐ Failed to Keep in Proper Lane
- ☐ Operated Veh in Erratic, Reckless, or Careless Manner
- ☐ Operated Veh in Aggressive Manner
- ☐ Swerved or Avoided
- ☐ Over Correcting / Over Steering
- ☐ Other Improper Action

### Driver Use of Alcohol Suspected:

**Alcohol Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Alcohol Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused

**Type of Alcohol Test Given (Select Up to 2):**
- ☐ Blood
- ☐ Breath
- ☐ Urine
- ☐ Serum
- ☐ Field
- ☐ Other: _____

**PBT Results:**
- ○ Pass
- ○ Fail

**BAC Results:**
- ○ _____
- ○ Pending
- ○ Unknown

### Driver Use of Drugs Suspected:

**Drug Use Suspected:**
- ● No
- ○ Yes
- ○ Unknown

**Drug Test Given:**
- ○ Test Given
- ○ None Given
- ○ Test Refused
- ○ Unknown if Tested

**Type of Drug Test Given:**
- ○ Blood
- ○ DRE
- ○ Serum
- ○ Urine
- ○ Other _____

**Drug Test Results (Check All that Apply):**
- ☐ None
- ☐ Marijuana
- ☐ Cocaine
- ☐ Opiate
- ☐ Amphetamine
- ☐ PCP
- ☐ Other Controlled Substance
- ☐ Other Drug
- ☐ Pending

**Driver Distracted By:**
- ● Not Distracted
- ○ Electronic Communication Device
- ○ Other Electronic Device
- ○ Other Inside Vehicle
- ○ Other Outside Vehicle

KCS00014

**Crash Record Number:** _____   **Vehicle Number (from Vehicle Data Page)** 03   **Page** 15 **of** 16

**Reporting Agency's Record Number:** 2019-00030673

**Known or Suspected Violation(s) by Driver:**

☒ **No Violations**

**Reckless/Careless/Hit and Run Type Offenses**
- ☐ Negligent Homicide
- ☐ Reckless Driving; Driving to Endanger; Negligent Driving
- ☐ Inattentive, Careless, Improper Driving
- ☐ Fleeing or Eluding Law Enforcement
- ☐ Failure to Obey Law Enforcement, Fireman, Authorized Person Directing Traffic
- ☐ Hit and Run, Failure to Stop After Accident
- ☐ Serious Violation Resulting in Death

**Impairment Offenses**
- ☐ Driving While Intoxicated (Alcohol or Drugs) or BAC Above Limit
- ☐ Driving While Impaired
- ☐ Driving Under Influence of Controlled Substance
- ☐ Driving Under Influence of Non-Controlled Substance
- ☐ Drinking While Operating
- ☐ Illegal Possession of Alcohol or Drugs
- ☐ Driving with Detectable Alcohol (CDL or Under 21 Years of Age)
- ☐ Refusal to Submit to Chemical Test

**Speed Related Offenses**
- ☐ Failure to Maintain Control of Vehicle
- ☐ Racing
- ☐ Speeding (Above Speed Limit)
- ☐ Speed Greater than Reasonable and Prudent
- ☐ Exceeding Special Limit
- ☐ Driving too Slowly

**Rules of the Road - Traffic Signs and Signals**
- ☐ Failure to Stop for Red Signal
- ☐ Failure to Stop for Flashing Red Signal
- ☐ Violation of Turn on Red
- ☐ Failure to Obey Flashing Signal (Yellow or Red)
- ☐ Failure to Obey Signal, Generally
- ☐ Violation of RR Grade Crossing Device or Regulations
- ☐ Failure to Obey Stop Sign
- ☐ Failure to Obey Yield Sign
- ☐ Failure to Obey Traffic Control Device

**Rules of the Road - Lane Usage**
- ☐ Unsafe or Prohibited Lane Change
- ☐ Improper Use of Lane
- ☐ Certain Traffic to Use Right Lane
- ☐ Lane Violations, Generally

**Rules of the Road - Wrong Side, Passing and Following**
- ☐ Driving Wrong Way on One-Way Road
- ☐ Driving on Left, Wrong Side of Road, Generally
- ☐ Improper, Unsafe Passing
- ☐ Passing on Right (Drive Off of Pavement to Pass)
- ☐ Passed Stopped School Bus
- ☐ Failure to Give Way When Overtaken
- ☐ Following Too Closely
- ☐ Wrong Side, Passing, Following Violations, Generally

**Rules of the Road - Turning, Yielding, Signaling**
- ☐ Turn in Violation of Traffic Control
- ☐ Improper Method and Position of Turn
- ☐ Failure to Signal for Turn or Stop
- ☐ Failure to Yield to Emergency Vehicle
- ☐ Failure to Yield, Generally
- ☐ Enter Intersection when Space Insufficient

**Non-Moving License and Registration Violations**
- ☐ Driving While License Suspended or Revoked
- ☐ Other Driver License Restrictions
- ☐ Commercial Driver Violations
- ☐ Vehicle Registration Violations
- ☐ Failure to Carry Insurance Card
- ☐ Driving Uninsured Vehicle
- ☐ Non-Moving Violations, Generally

**Equipment**
- ☐ Lamp Violations
- ☐ Brake Violations
- ☐ Failure to Require Restraint Use
- ☐ Motorcycle Equipment Violations
- ☐ Violation of Hazardous Cargo Regulations
- ☐ Size, Weight, Load Violations
- ☐ Equipment Violations, Generally

**Other Violations**
- ☐ Parking
- ☐ Theft, Unauthorized Use of Motor Vehicle
- ☐ Driving Where Prohibited
- ☐ Other Moving Violation

**Citation(s) Issued to Driver:**

| Charge | State Code / Municipal Ordinance | Citation Number | Warning |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

**STATEMENT OF DRIVER:**
* REFER TO AUDIO-RECORDED STATEMENT; OBTAINED BY DEPUTY J. L. MILLER.



## State of West Virginia Uniform Traffic Crash Report
### Driver and Vehicle Passenger Data

DOH Form: 17-pas
Revised: 02/2007

Crash Record Number: _____   Reporting Agency's Record Number: 2019-00030673   Page 16 of 16

| Indiv # | Last | First | Middle Int. | Suffix | Veh # | Occupant Type | Social Security # | Birthdate | Age | Gender | Injury | Row | Seat | Other | Type Used | Proper Use | App. Helmet |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | WHITE | THELMA | CRYSTA | | 01 | 01 | | | | F | B | 1 | 1 | | 01 | | |
| 02 | ELDER | DEMETRIUS | S | | 02 | 01 | | | | M | O | 1 | 1 | | 02 | 03 | |
| 03 | HUFFMAN | RICK | L | | 03 | 01 | | | | M | B | 1 | 1 | | 01 | 03 | |
| 04 | COOPER | JAMES | S | | 03 | 02 | | | | M | B | 1 | 3 | | 01 | 03 | |

**Occupant Type Codes:**
01 Driver
02 Passenger
03 Occupant of Motor Veh Not in Transport
04 Unknown Vehicle Passenger

**Gender:**
M Male
F Female

**Injury Status Codes:**
K Killed
O No Injury
A Incapacitating Injury
B Non-Incapacitating Injury
C Possible Injury
M Medical Condition Non-Crash Related Death or Injury

**Seating Position Codes:**
ROW: 1 Front, 2 Second, 3 Third, 4 Fourth, 5 Other Row, 6 Unknown
SEAT: 1 Left, 2 Middle, 3 Right, 4 Other, 5 Unknown
OTHER: 1 Sleeper Section of Cab, 2 Other Enclosed Cargo Area, 3 Unenclosed Cargo Area, 4 Trailing Unit, 5 Riding on Motor Vehicle Exterior, 6 Unknown

**Type of Occupant Protection System Used Codes:**
01 None Used
02 Shoulder and Lap Belt Used
03 Shoulder Belt Only Used
04 Lap Belt Only Used
05 Child Restraint System - Forward Facing
06 Child Restraint System - Rear Facing
07 Booster Seat
08 Helmet Used
09 Restraint Used - Type Unknown
10 Other
11 Unable to Determine - Due to Vehicle Damage

**Proper Use of Occupant Protection:**
01 Used Properly   02 Used Improperly   03 Unknown

**DOT Approved Helmet:**
01 Yes   02 No   03 Unknown

| Indiv # from Above | Air-bag | Trapped Extricated | Ejected | Ejection Path | Medical Transport By | Responding EMS Agency ID # | EMS Response Run Number | Receiving Facility Name | Notified Time | Scene Time | Hospital Time | Date of Death | Time of Death | Place of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 01 | | 02 | K132 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0753 | 0808 | 0835 | | | |
| 02 | 05 | 01 | 01 | | | | | | | | | | | |
| 03 | 01 | 01 | 01 | | 02 | K91 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0746 | 0751 | 0815 | | | |
| 04 | 01 | 01 | 01 | | 02 | K104 | 2019-00018094 | C.A.M.C. GENERAL HOSPITAL | 0800 | 0817 | 0850 | | | |

**Airbag Deployed Codes:**
DEPLOYED (This Seat):
01 Front
02 Side
03 Other
04 Multiple Directions (Front and Side)
NOT DEPLOYED (This Seat):
05 Available, Didn't Deploy
06 Available, Turned Off
07 None Installed
08 Previously Deployed - Not Replaced
09 Disabled or Removed
10 Unable to Determine - Due to Vehicle Damage

**Trapped / Extricated Codes:**
01 Not Trapped
02 Trapped / Extricated
03 Unknown

**Ejection Codes:**
01 Not Ejected
02 Ejected, Partially
03 Ejected, Totally
04 Unknown

**Ejection Path:**
01 Thru Side Door Opening
02 Thru Side Window
03 Thru Windshield
04 Thru Back Window
05 Thru Back Door / Tailgate Opening
06 Thru Roof Opening
07 Thru Convertible (Top Up) Roof
08 Other Path
09 Unknown Path

**Medically Transported By:**
01 Not Transported
02 EMS
03 Law Enforcement
04 Refused
05 Other
06 Unknown

**Place of Victim's Death:**
01 At Scene
02 En Route
03 At Medical Facility
04 Home
05 Other

KCS00016