**DECLARATIONS**



Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

ERIE INS PROP/CAS CO
COMMERCIAL AUTO POLICY
PREFERRED
NON-FLEET

AMENDED DECLARATIONS 02 * * EFFECTIVE 06/17/19
ATTACH THIS TO YOUR POLICY.

REASON FOR AMENDMENT    - AUTO 13 AND LIENHOLDER ADDED

| Agent | | ITEM 2. Policy Period | Policy Number |
|---|---|---|---|
| EE1040 | WHITE INS & ASSOC INC | 02/08/19 TO 02/08/20 | Q02 5830178 W7 |

| ITEM 1. Named Insured and Address | ITEM 3. Other Interest |
|---|---|
| PISON MANAGEMENT LLC<br>717 BRAWLEY WALKWAY<br>CHARLESTON WV  25301-2201 | AS LISTED BELOW |


228842067

ADDED AUTO    13     19 RAM  PU           1C6RR7FTXKS541983

ITEM 4. AUTOS COVERED

| AUTO | YR | MAKE | VIN | ST | TER | SYM | CM | CL | RATING CLASS |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 04 | CHEV SILVERADO | 1GCHK24U64E104071 | WV | 2F | S6 | | | 8 |
| 11 | 00 | HIRED AUTO | IF ANY | WV | 2F | | | | |
| 12 | 00 | NON-OWNED AUTO | 1 - 25 EMPLS | WV | 2F | | | | |
| 13 | 19 | RAM PU | 1C6RR7FTXKS541983 | WV | 2F | T1 | | | 6 |

ITEM 5. INSURANCE IS PROVIDED WHERE A PREMIUM, OR INCL, IS SHOWN FOR THE
        COVERAGE.  COVERAGES, LIMITS AND ANNUAL PREMIUMS ARE AS FOLLOWS-

        M EQUALS THOUSAND $                       # 10   # 11   # 12   # 13

LIABILITY PROTECTION-
  BOD INJ & PROP DAMAGE $1000M/ACC
HIRED AUTOS LIABILITY-
  BOD INJ & PROP DAMAGE $1000M/ACC
EMPLOYERS NON-OWNED AUTOS LIABILITY-
  BOD INJ & PROP DAMAGE $1000M/ACC
MEDICAL PAYMENTS-
  $5M/PERSON
UNINSURED MOTORISTS COVERAGE-
  BOD INJ & PROP DAMAGE $1000M/ACC-$300 DED
UNDERINSURED MOTORISTS COVERAGE-
  BOD INJURY & PROPERTY DAMAGE $1000M/ACC
PHYSICAL DAMAGE COVERAGES-
  COMPREHENSIVE - $500 DED
  COLLISION - $500 DED
OPTIONAL COVERAGES-
  ROAD SERVICE
  TRANSP EXPENSES - COMP $30/DAY, $1350/LOSS
  TRANSP EXPENSES - COLL $30/DAY, $1350/LOSS

TOTAL ANNUAL PREMIUM FOR EACH AUTO
SURCHARGE IMPOSED BY THE STATE OF WV
TOTAL ANNUAL POLICY PREMIUM                $

ADDITIONAL CHARGE DUE TO THIS CHANGE       $

ITEM 6. APPLICABLE POLICY, ENDORSEMENTS, EXCEPTIONS TO DECLARATIONS ITEMS
  ALL AUTOS - CAP 04/96, AHWU01 01/11, ACWA01 05/13, UF9525 10/18, UF4839 10/16.
  AUTO 10 - ABBB01 08/88.
  AUTO 13 - ABBB01 08/88*.

EXHIBIT 4

See Reverse Side                                              K31    06/25/19

```
************************************************************************
*UNINSURED AND UNDERINSURED MOTORISTS COVERAGES ARE IMPORTANT TO YOU. YOU MAY*
*PURCHASE LIMITS UP TO $100,000/$300,000 OR YOUR LIABILITY LIMITS, WHICHEVER *
*IS GREATER.  OR, FOR A REDUCED PREMIUM, YOU MAY LOWER YOUR LIMITS OR REJECT *
*UNDERINSURED MOTORISTS COVERAGE ENTIRELY.  TO MAKE ANY CHANGES, CONTACT YOUR*
*ERIE AGENT.                                                                  *
************************************************************************
```

MISCELLANEOUS INFORMATION

   VEHICLES - RADIUS OF OPERATIONS - 51-100 MILES
   ----------------------------------------------
   010   013

ITEM 7.   EACH AUTO WE INSURE WILL BE PRINCIPALLY GARAGED AT THE ADDRESS SHOWN
IN ITEM 1, UNLESS ANOTHER ADDRESS IS SHOWN BELOW.

ITEM 8.   EACH AUTO WE INSURE IS USED IN THE BUSINESS AS SHOWN BELOW.

   ITEM 8 REAL ESTATE MANAGEMENT COMPANY

ITEM 9.   UNLESS OTHERWISE INDICATED BELOW, THE NAMED INSURED IS THE SOLE
OWNER OF EACH AUTO WE INSURE.

   LIENHOLDER FOR AUTO   13



Q02 5830178