**Erie Insurance**     UNDERINSURED MOTORISTS COVERAGE OFFER

(EXCEPT FOR THE SELECTION SECTION AND INSURED'S SIGNATURE, INSURER MUST COMPLETE THE BLANK SPACES BELOW TO CREATE AN EFFECTIVE OFFER IN ORDER FOR THE CONSUMER TO EXERCISE A KNOWING AND INTELLIGENT SELECTION OR REJECTION.)

AGENT: _____ WHITE INSURANCE & ASSOCS    EE1040 _____

POLICY/BINDER NUMBER: _____ Q025830178 _____

NUMBER OF VEHICLES SUBJECT TO PREMIUMS BELOW: __2__

Rates ☑ include ☐ do not include multi-car discount.

Below are different limits and the __12__ month premium available to you.

MANDATORY OFFER (limits no less than liability coverage):

| Single Limit | | Premium | | SELECT ONE* |
|---|---|---|---|---|
| $ 500,000 | A | Not Available | A | [signature] |

OPTIONAL OFFERS:

| | | | | |
|---|---|---|---|---|
| $ 75,000 | B | Not Available | B | |
| $ Not Available | C | Not Available | C | |
| REJECT | D | REJECT | D | |

*A named insured or applicant must complete the selection part of this form in his or her own handwriting or by appropriate electronic means. The selection or rejection of coverage is binding on all persons covered under the policy. The selected limits apply until a change in the limits is requested.

I have read the IMPORTANT NOTICE, attached, on UNDERinsured motor vehicle coverage and understand how this coverage works. I have been given the opportunity to select limits of UNDERinsured motor vehicle coverage listed abobve. By making a selection, I am rejecting the other remaining offers of coverage.

_[signature]_           __2/8/16__
SIGNATURE OF A NAMED INSURED OR APPLICANT     DATE

FORM B  01/16 (Page 2)
UF-8963   01/16


EXHIBIT 6