
Erie Insurance®

# UNDERINSURED MOTORISTS COVERAGE OFFER

(EXCEPT FOR THE SELECTION SECTION AND INSURED'S SIGNATURE, INSURER MUST COMPLETE THE BLANK SPACE BELOW TO CREATE AN EFFECTIVE OFFER IN ORDER FOR THE CONSUMER TO EXERCISE A KNOWING AND INTELLIGENT SELECTION OR REJECTION.)

AGENT: White Insurance + Assoc. Inc.

POLICY/BINDER NUMBER: Q02 5530178

NUMBER OF VEHICLES SUBJECT TO PREMIUMS BELOW: 1

Rates ☐ include ☐ do not include ✓ multi-car discount.

Below are different limits and the __12__ **month premium** available to you.

**MANDATORY OFFER (limits no less than liability coverage):**

| Single Limits | | Premium | | SELECT ONE* |
|---|---|---|---|---|
| $500,000 | A | $ 88 | A | |

**OPTIONAL OFFERS:**

| | | | | |
|---|---|---|---|---|
| $75,000 | B | $ N/A | B | |
| $1,000,000 | C | $ 103 | C | [signature] |
| REJECT | D | REJECT | D | |

*A named insured or applicant must complete the selection part of this form in his or her own handwriting or by appropriate electronic means. The selection or rejection of coverage is binding on all persons covered under the policy. The selected limits apply until a change in the limits is requested.

I have read the IMPORTANT NOTICE, attached, on UNDERinsured motor vehicle coverage and understand how this coverage works. I have been given the opportunity to select or reject limits of UNDERinsured motor vehicle coverage listed abobve. By making a selection for coverage, I am rejecting the other remaining offers of coverage.

[signature] _____ _____
SIGNATURE OF A NAMED INSURED OR APPLICANT        DATE

FORM B    01/16 (Page 2)
UF-8963   01/16

**EXHIBIT 7**